IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Daniel Taylor,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) 14 C 737 |
| v. | ) |
| | ) Judge John Z. Lee |
| **CITY OF CHICAGO, et al.** | ) |
| | ) Magistrate Judge Sheila Finnegan |
| **Defendants.** | ) |

**RESPONSE OF LEWIS GARDNER TO MOTION TO COMPEL**

Third party witness Lewis Gardner, by counsel, responding to the motion to compel of the City of Chicago and individual defendants, states:

Lewis Gardner, who was charged along with Plaintiff Daniel Taylor and several others with the murders of Sharon Haugabrook and Jeffrey Lassiter, appeared for deposition in this case as a witness, and refused to answer questions concerning his conversations with his criminal defense attorney, Andrew Berman. Gardner is the plaintiff in a separate suit against many of the same defendants who are sued here, where the same counsel as in this case represent those defendants. Gardner v. City of Chicago, et al., 14 CV 9372 (N.D. Ill. Judge Pallmeyer).

Defendants have now moved on various grounds to compel Gardner to answer questions to which he previously claimed attorney-client privilege. While Gardner does not agree with several of the arguments put forward by the defendants in this case as to why they are entitled to question him about privileged communications, he has determined that he is willing to waive attorney-client privilege and answer the questions to which he previously claimed a privilege.

1

This renders the motion as to Gardner moot.

**CONCLUSION**

The motion of the defendants to compel Gardner to answer questions to which he previously claimed attorney-client privilege should be denied as moot.

Respectfully Submitted,

s/ John L. Stainthorp
John L. Stainthorp, G. Flint Taylor
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773 235 0070

Attorneys for Lewis Gardner