Daniel Taylor
September 4, 2014

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

```
DANIEL TAYLOR,                          )
                Plaintiff,              )
    vs.                                 ) No 14 CV 737
CITY OF CHICAGO, ANTHONY                )
VILLARDITA #20849, THOMAS JOHNSON)
#20820, BRIAN KILLACKY #20748,          )
TERRY O'CONNOR #20831, RICK ABREU)
#20796, ROBERT DELANEY #20383,          )
SEAN GLINSKI, #3122, MICHAEL            )
BERTI 12881, and UNIDENTIFIED           )
EMPLOYEES OF THE CITY OF CHICAGO,)
                Defendants.             )
```

The deposition of DANIEL TAYLOR, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before Diana L. Coconato, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter, CSR. No. 84-3042, of said state, at Suite 420, 20 South Clark Street, Chicago, Illinois, on Thursday,

Daniel Taylor
September 4, 2014

Page 2

1   September 4, 2014, at 9:30 a.m.
2   PRESENT:
3       NORTHWESTERN LAW
4       BLUHN LEGAL CLINIC
5       (375 East Chicago Avenue,
6       Chicago, Illinois  60611,
7       312-503-0844), by:
8       MR. LOCKE E. BOWMAN,
9       l-bowman@law.northwestern.edu,
10      MS. ALEXA VAN BRUNT,
11      a-vanbrunt@law.northwester.edu,
12          Appeared on behalf of Plaintiff Daniel
13          Taylor;
14
15      VALOREM LAW GROUP,
16      (35 East Wacker Drive, Suite 3000,
17      Chicago, Illinois  60601,
18      312-676-5469), by:
19      MS. NICOLE NEHAMA AUERBACK,
20      nicole.auerbach@valoremlaw.com
21      MR. STUART CHANEN,
22      stuart.chanen@valoremlaw.com,
23          Appeared on behalf of Plaintiff Deon
24          Patrick;

Daniel Taylor
September 4, 2014

Page 3

1 PRESENT:

2     BORKAN & SCAHILL, LTD.,

3     (Two First National Plaza

4     20 South Clark Street, Suite 1700,

5     Chicago, Illinois 60603,

6     312-580-1030), by:

7     MR. TIMOTHY P. SCAHILL,

8     tscahill@boranscahill.com,

9     MR. STEVE BORKAN,

10     MS. MISHA ITCHHAPORIA,

11     MS. WHITNEY HUTCHINSON,

12         Appeared on behalf of Michael Berti, Sean

13         Glinsky, Anthony Villardita, Thomas

14         Johnson, Brian Killacky, Rick Abrea,

15         Terry O'Connor, Robert Delaney.

16

17     DYKEMA,

18     (10 South Wacker Drive, Suite 2300,

19     Chicago, Illinois 60606,

20     312-876-1700), by:

21     MR. DANIEL NOLAND,

22     dnoland@dykema.com,

23         Appeared on behalf of Defendant, City of

24         Chicago;

Daniel Taylor
September 4, 2014

Page 4

```
 1   PRESENT:

 2

 3        ANITA ALVAREZ

 4        STATE'S ATTORNEY OF COOK COUNTY, ILLINOIS,

 5        Richard J. Daley Center,

 6        50 West Washington Street,

 7        Chicago, Illinois  60602,

 8        312-603-3369), by:

 9        MS. LISA M. MEADOR,

10        lisa.meador@cookcountyil.gov,

11

12   ALSO PRESENT:

13

14        MR. SEAN GLINSKI,

15        MR. MICHAEL BERTI,

16        MR. ANTHONY VILLARDITA,

17        MR. THOMAS JOHNSON,

18        MR. RICARDO ABREU,

19        MR. TERRY O'CONNOR,

20        MR. ROBERT DELANEY,

21        MS. KRISTA EASON.

22

23

24   REPORTED BY:  DIANA L. COCONATO, CSR No. 84-3042.
```

Daniel Taylor
September 4, 2014

Page 196

1  Q. She was filing some papers to try to get
2  you out of prison, correct?
3  A. Yes.
4  Q. Okay. Bearing with me for one second
5  here. Why don't we go with numbers. We will mark
6  this as Exhibit 1.
7           (WHEREUPON, a certain document
8            was marked Taylor Deposition
9            Exhibit No. 1 for identification
10           as of 09-04-14.)
11 BY MR. SCAHILL:
12    Q. Just take one of these, and that will be
13 the official copy, and pass the other ones to your
14 attorney. I want you to go ahead and take a look at
15 that for me. Just look up when you're done.
16           Have you ever seen this memorandum that I
17 handed you before today's date?
18    A. No, I have not.
19    Q. Okay. This purports to be a memorandum
20 from Kathleen T. Zellner, dated June 16th of 2003.
21 And Ms. Zellner was, in fact, your attorney in June
22 of 2003, wasn't she?
23    A. Yes, sir.
24    Q. And this is to Allison Perone, Assistant

Daniel Taylor
September 4, 2014

Page 197

1   State's Attorney, and Paragraph 2 says: Taylor has
2   informed us that after being picked up by Officers
3   Glinski and Berti in front of Andrea Phillips' house
4   at approximately 10:30 to 10:40 p.m. and the
5   officers dropped him off about fifteen to twenty
6   minutes later. He then returned to Andrea Phillips'
7   house. He stayed at Phillips' house until Phillips
8   called from jail and told him to leave.
9           Did you tell Ms. Zellner that?
10      MR. BOWMAN: Hang on. Don't answer that
11  question. Privileged. Don't answer that.
12      MR. SCAHILL: This has been turned over in
13  discovery. And you're instructing your client not
14  to answer something that's been turned over, by you,
15  I believe, in discovery.
16      MR. BOWMAN: I don't know if I turned it over
17  or not. He is not answering it.
18  BY MR. SCAHILL:
19      Q.   Okay. Let's try this one. In -- on June
20  27th of 2003, were you visited at Stateville by
21  investigators James Green, Ron Armata, and Assistant
22  State's Attorney Alison Perone and Assistant State's
23  Attorney Don Lyman?
24      A.   There was a number of people that I can't

Daniel Taylor
September 4, 2014

Page 389

1              (WHEREUPON, a certain document
2              was marked Taylor Deposition
3              Exhibit No. 5 for identification
4              as of 09-04-14.)
5   BY MR. SCAHILL:
6       Q.   Have you had time to read the exhibit
7   that I handed to you?
8       A.   Yes, sir.
9       Q.   Have you seen that exhibit before?
10      A.   No, sir.
11      Q.   This purports to be a summary of an
12  interview with yourself on June 27th of 2003?
13      A.   Say that again.
14      Q.   This purports to be a summary of an
15  interview of yourself on June 27th of 2003.  We
16  talked about this before.
17           You were, in fact, interviewed on that
18  date?
19      A.   I was interviewed that year, yes.
20      Q.   And that was by the people who were
21  indicated on here James Green, Ron Armata, Alison
22  Perone, and Don Lyman?
23      A.   I would assume so.  That's what the
24  paperwork says.

Daniel Taylor
September 4, 2014

Page 390

1    Q.    And after reading that are -- is this an
2  accurate summary of the interview that you gave to
3  them, the things that you said to them?
4    A.    Pretty much.  I would.
5    Q.    What in there is not true?
6    A.    Pretty much.  Say what in here is not
7  true?  That I had not seen Dennis before jail,
8  before I saw him in County.
9    Q.    You had seen him before?
10   A.    Yes.
11   Q.    Anything else?
12   A.    No.
13   Q.    Everything else in here is a true and
14  accurate summary of what you said to these people on
15  that date?
16       MR. BOWMAN:  Objection, compound.
17  BY MR. SCAHILL:
18   Q.    You can still answer?
19       MR. BOWMAN:  Objection.
20  BY THE WITNESS:
21   A.    Pretty much.
22  BY MR. SCAHILL:
23   Q.    But there's nothing else that stood out
24  to you other than that you had never seen Dennis

Daniel Taylor
September 4, 2014

Page 391

1    Mixon before --
2         MR. BOWMAN:  Objection.
3    BY MR. SCAHILL:
4         Q.    -- correct?
5         A.    Say that again.
6         MR. BOWMAN:  Objection.
7    BY MR. SCAHILL:
8         Q.    There's nothing that stood out to you as
9    being incorrect other than what you just testified
10   to a minute ago about Dennis Mixon?
11        MR. BOWMAN:  Objection.  That's not a proper
12   way to do it.  It's totally compound, asking about
13   two typewritten pages.
14   BY MR. SCAHILL:
15        Q.    You can still answer.
16        A.    Not at this moment, no.
17        Q.    Okay.  You read this for awhile.  I gave
18   you an adequate opportunity to read this, didn't I?
19        A.    This one here?
20        Q.    Yeah.  I guess what I'm asking is, do you
21   need more time?
22        A.    No, I do not.
23        Q.    I'm sorry.
24        A.    No, I do not need more time.

US Legal Support
312-236-8352