## MEMORANDUM

TO: Allison Perone
Assistant State's Attorney

FROM: Kathleen T. Zellner

DATE: June 16, 2003

RE: **People v. Danny Taylor**

---

1. Danny Taylor's confession states that he was present when the police raided 834 West Agatite, the home of Andrea Philips. On the contrary, Officer Glinski testified that he spotted Taylor on the street when he was leaving Phillips' residence.

2. Taylor has informed us that after being picked up by officers Glinski and Berti in front of Andrea Phillips' house at approximately 10:30-10:40 p.m. and the officers dropped him off about 15-20 minutes later. He then returned to Andrea Phillips' house. He stayed at Phillips' house until Phillips called from jail and told him to leave. When he left Phillips' house and started to walk towards Maryville, Taylor stated that a different set of uniformed police officers, not Glinski and Berti, picked him up in their squad car and took him to Maryville. Do you have any records indicating the identity of the uniformed officers who dropped Taylor off at Maryville?

3. Is there any way you can confirm (through phone records, phone logs etc.) whether Andrea Phillips actually called her house from the police station in the early morning hours of November 17? (and, if so, what time she made this call?).