# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL TAYLOR, | ) | |
| | ) | No. 14 C 737 |
| Plaintiff, | ) | |
| | ) | The Hon. John Z. Lee |
| | ) | Judge Presiding |
| v. | ) | |
| | ) | The Hon. Sheila Finnegan |
| CITY OF CHICAGO, *et al*., | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |
| | ) | |

## THE MACARTHUR JUSTICE CENTER'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND FOR *IN CAMERA* REVIEW

The Roderick and Solange MacArthur Justice Center ("MJC"), by its attorneys, Jenner & Block LLP, respectfully moves for leave to file certain documents under seal, and for *in camera* review. The materials submitted for *in camera* review reflect privileged and confidential communications, as to which the holder of the privilege, Plaintiff Daniel Taylor, has not consented to waive any privilege. Accordingly, MJC seeks to file a redacted version for public filing, and an unredacted version under seal, pursuant to Local Rules 5.8 and 26.2. In support of this Motion, MJC states as follows:

1. Plaintiff's counsel MJC and Locke E. Bowman retained Jenner & Block to represent them in connection with submission of a brief and declarations in response to the Court's January 29, 2018 order directing the filing of a supplemental brief by Plaintiff and a declaration by Plaintiff's counsel disclosing certain information requested by the Court.

2. MJC and Mr. Bowman seek to comply fully with the Court's January 29 order, and on this date, in addition to the supplemental brief filed by Plaintiff by his counsel Loevy

& Loevy, MJC and Mr. Bowman are filing a separate submission with Mr. Bowman's declaration attached, along with two additional declarations.

3. The three declarations contain references to attorney-client privileged communications between Plaintiff and his counsel, and common-interest privileged communications involving Plaintiff, on March 29, 2017. The separate submission, a Memorandum of Law of MacArthur Justice Center and Locke E. Bowman Responding to Court's January 29, 2018 Order, also contains references to such privileged communications.

4. Undersigned counsel consulted with counsel for Plaintiff at the law firm of Loevy & Loevy and confirmed that Plaintiff does not wish to waive attorney-client privilege or common-interest privilege in connection with communications discussed in the materials noted in Paragraph 3 above.

5. Accordingly, MJC seeks leave from this Court to file the privileged portions of the foregoing documents under seal, by filing a redacted version for public viewing and an unredacted version under seal, and to submit an unredacted version to the Court for *in camera* review, pursuant to Local Rule 26.2. MJC and Mr. Bowman are filing the unredacted version under seal provisionally per Local Rule 26.2(c).

6. The Court may, for good cause shown, enter an order directing that one or more documents be filed under seal. L.R. 26.2(b). Protection of the attorney-client privilege and common-interest privilege of Mr. Taylor, through the withholding from the publicly accessible versions of the Memorandum of Law and its attached declarations any references to the specific privileged communications that occurred on March 29, but that were requested to be disclosed by the Court, constitutes good cause. The attorney-client privilege is the oldest of the recognized privileges for confidential

communications known to the common law. *Jaffee v. Redmond,* 518 U.S. 1, 11 (1996); *Upjohn Co. v. United States* 449 U.S. 383, 389 (1984). Deeply rooted in public policy, *In re Ford Motor Co.,* 110 F.3d 954, 966 (3d Cir. 1997), and playing a "vital role" in the administration of justice, *American Nat. Bank and Trust Co. of Chicago v. Equitable Life Assur. Soc. of U.S.,* 406 F.3d 867, 878 (7th Cir. 2005), it remains one of the most carefully guarded privileges and is not readily to be whittled down. *See Swidler & Berlin v. United States,* 524 U.S. 399, 403 (1998).

7. MJC and Mr. Bowman plan to serve defendant's counsel and U.S. Magistrate Judge Sheila M. Finnegan with a courtesy copy of the unredacted version of the aforementioned documents.

8. Undersigned counsel contacted defense counsel concerning the relief sought in this motion but had not received final word from defense counsel as to their agreement to the proposed relief, as of the time of filing of the materials and of this Motion.

WHEREFORE, for the foregoing reasons, MJC respectfully requests that this Motion be GRANTED.

Dated: February 16, 2018            Respectfully submitted,

                                      RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER

                                      By: */s/Gabriel A. Fuentes*_____
                                                 *One of Its Attorneys*

David J. Bradford
Gabriel A. Fuentes
Monika A. Kothari
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

*Counsel for the MacArthur Justice Center*