IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 14 cv 737 |
| | ) | |
| CITY OF CHICAGO, ANTHONY VILLARDITA #20849., THOMAS JOHNSON #20820. BRIAN KILLACKY#20748, TERRY O'CONNOR #20831, RICK ABREU #20796, ROBERT DELANEY #20383, SEAN GLINSKI #3122, MICHAEL BERTI #12881, AND UNIDENTIFIED EMPLOYEES OF THE CITY OF CHICAGO, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ADDENDUM OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

NOW COME defendants, ANTHONY VILLARDITA, THOMAS JOHNSON, BRIAN KILLACKY, TERRY O'CONNER, RICK ABREU, ROBERT DELANEY, SEAN GLINSKI and MICHAEL BERTI (collectively "defendant officers"), by and through their attorneys, Steven B. Borkan, Timothy P. Scahill and Misha Itchhaporia of BORKAN & SCAHILL, LTD., and set for their Addendum of Exhibits in Support of their Motion for Summary Judgment:

  1.  Deposition transcript of Daniel Taylor;

  2.  Plaintiff's Complaint;;

  3.  Deposition transcript of Thomas Needham

  4.  Deposition transcript of Jeanne Bischoff;

  5.  Deposition transcripts of Nathan Diamond-Falk;

  6.  Deposition transcript of Ellen Rubin;

  7.  Deposition transcripts of Anthony Villardita;

8. Deposition transcripts of Thomas Johnson;

9. General Progress Report dated November 18, 1992;

10. Deposition transcript of Moulay Abdullah;

11. Deposition transcript of Lewis Gardner;

12. Court reported statement of Daniel Taylor;

13. Court reported statement of Akia Phillips;

14. Court reported statement of Lewis Gardner;

15. Court reported statement of Paul Phillips;

16. Statement of Deon Patrick;

17. Statement of Joseph Brown;

18. Statement of Rodney Matthews;

19. Court reported statement of Dennis Mixon;

20. Deposition transcript of Steve Caluris;

21. Daniel Taylor's November 16, 1992 arrest report;

22. Daniel Taylor's November 16, 1992 bond slip;

23. Deposition transcript of David Styler;

24. Lineup Supplementary Report;

25. Villardita/Johnson timeline GPR;

26. Deposition transcript of Robert Elmore;

27. Deposition transcript of James Gildea;

28. Lockup Roster;

29. GPR dated December 7 & 8, 1992;

30. David Styler's Affidavit, December 5, 1992;

31. Report of Proceedings February 23, 1993

32. Berti & Glinski Supplementary Report

33. GPR of Sgt. Bonke dated December 29, 1992;

34. GPR of Det. Fitzsimmons dated December 31, 1992;

35. State's Answer to Discovery;

36. GPR of Elmore and Gildea dated December 7, 1992;

37. Deposition transcript of Fred Bonke;

38. Deposition transcript of John Fitzsimmons;

39. Plaintiff's Answers to Johnson's Interrogatories;

40. Plaintiff's Answers to Abreu's and O'Connor's Interrogatories;

41. Deposition transcript of Daniel Taylor May 31, 2018;

42. Plaintiff's Answer to Villardita's Interrogatories;

43. Testimony of Daniel Taylor from Deon Patrick v. City of Chicago et al., 14 cv 3648;

44. Deposition transcript of Robert Delaney;

45. Report of Proceedings September 1, 1995;

46. Motion to Set Bail;

47. Report of Proceedings September 7, 1995;

48. Deposition transcript of Michael Berti;

49. Plaintiff's First Amended Complaint.

50. Plaintiff's Statement of Conviction;

51. Report of Proceedings June 28, 2013.

Timothy P. Scahill (6287296)  
Steven B. Borkan (6193463)  
Misha Itchhaporia (6292695)  
BORKAN & SCAHILL, LTD.  
20 South Clark Street, Suite 1700  
Chicago, Illinois 60603  
(312) 580-1030  

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By:    /s/ Misha Itchhaporia
              Misha Itchhaporia