# EXHIBIT 31

To
**PLAINTIFF DANIEL TAYLOR'S LOCAL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS**

**Case No. 14-cv-737**

**December 7, 2018**

OFFICE OF PROFESSIONAL STANDARDS      DATE   16 DECEMBER 1992

C. R. #   197029

STATEMENT OF COMPLAINANT/VICTIM/ WITNESS: ▮

Regarding the allegations that on The complainant, ▮ alleged that on 02 December 1992, Time Unknown, the victim, ▮ was physically abused by an unknown officer, who struck the victim, while in the 023rd District Lock-up.

Statement being taken at: ▮ in the offices of Internal Investigations.

QUESTIONED AND TYPED BY INVESTIGATOR CLAUDIA Y. McCORMICK, #95 - O.P.S.

DATE & TIME: 16 December 1992 & 1230 Hours.

Q. What is your full name, home address, and telephone number?
A. ▮

Q. Do you work, and if so, give the name of the company, address, telephone number, and length of employment?
A. Unemployed.

Q. What is your age, date of birth, and Social Security Number?
A. ▮ Years Old, ▮

Q. What is your marital status?
A. Single

Q. Are you giving this statement of your own free will, without the promise of exoneration or reward of any nature being given to you?
A. Yes.

C.R. 197029

ATTACHMENT # 19.

OFFICE OF PROFESSIONAL STANDARDS     C.R  197029

STATEMENT OF: ▮▮▮▮▮▮▮▮▮▮ (VICTIM)

PAGE #2.

Q. Would you please relate to me in summary what occurred on 02 December 1992 in the Area 6 Interview Room.

A. I was arrested for some drugs for "Crack Cocaine" and later that day some Detectives came into the lock-up, and took me up to Area 6 interview room and began questioning me. Detective O'Conner was asking me if I knew anything about a murder, and I told him that I had heard something about it. He went out and got some of my friends from the neighborhood. I didn't see any of them but I saw their coats, when they let me go to the washroom, at approximately 0030 Hours. O'Connor came back at 0100 Hours. I had fallen asleep in the interview room, when O'Conner woke me up, and his partner, Detective Villadita handcuffed me to the wall, and started squeezing the handcuffs on my hand, and slapped me in the back with an open hand, and kicked me in the testicals, then he left. He cam back at 0130 Hours, and repeated the same thing, and and between 0200 to 0500 Hours he repeated this for the final time.

Q. Were you injured?

A. Yes, Just scares (noted scars on his right wrist).

Q. How many times did the Detective slap you in the back?

A. Too many to count, and several times with his fist in my chest, approximately 10 Times.

Q. Did anyone witness what Detective Valladita do to you?

A. No, Just Detective O'Conner. They made me sign some paper, because I was tired of Detective Villardita hitting me, and I was tired.

Q. Did you know the paper you signed?

A. Yes, that I was the look-out for the murder.

City Def 002924

OFFICE OF PROFESSIONAL STANDARDS          C.R 197029

STATEMENT OF: ▮▮▮▮▮▮▮▮ (VICTIM)

PAGE #3.

Q. How many of you were arrested?

A. Eight (8), Including my brother ▮▮▮▮▮▮▮▮

Q. ▮▮▮▮▮▮ after you have read this statement consisting of four (4) pagesm and find that what you said was truthful, honest and accurate, to the best of your knowledge and recollection, will you sign it?

A. Yes.

Q. Do you have anything additional to add?

A. No,

END OF STATEMENT: DATE & TIME: 16 December 1992 & 1320 Hours.

PREVIOUSLY SIGNED: •

▮▮▮▮▮▮▮▮

INV. CLAUDIA Y. McCORMICK, #95

City Def 002924

C.R. 197029

ATTACHMENT # 19

OFFICE OF PROFESSIONAL STANDARDS

DATE 16 Dec. 92

C. R. # 191029

STATEMENT OF COMPLAINANT/VICTIM/ WITNESS: ███

Regarding the allegations that on 03 December 1992 - Time unknown the complainant alleges that [illegible handwriting] was physically abused at the 23rd District [illegible] R.P. 1185 being when in the 023rd Dist. lock-up [illegible]

Statement being taken at: ███
[illegible]

QUESTIONED AND TYPED BY INVESTIGATOR CLAUDIA Y. McCORMICK, #95 - O.P.S.

DATE & TIME: 16 December 1992 @ 1230 Hours

Q. What is your full name, home address, and telephone number?
A. ███

Q. Do you work, and if so, give the name of the company, address, telephone number, and length of employment?
A. Unemployed

Q. What is your age, date of birth, and Social Security Number?
A. NDA - ███

Q. What is your marital status?
A. Single

Q. Are you giving this statement of your own free will, without the promise of exoneration or reward of any nature being given to you?
A. Yes

C.R.# 191029
ATTACHMENT # 14

Statement of ▮▮▮▮▮▮▮▮

Q: Relate to me what occurred on 02 Dec 1992 in the Area 6 Interview Room?

A: I was arrested for some drugs for "Crack Cocaine" earlier that day. Some Detectives came into the Lock-Up and took me up to Area 6 for questioning. Det. O'Connor was asking me questions, he asked me if I knew anything about a murder, and I told him that I had heard something about it. He want on & got some of my friends & brought them in. They asked me if I saw any of them with that kind of gun and coats when I saw them last. I didn't see any of them at approximately 0030 Hours. O'Connor came back at 0500 Hours, I had fallen asleep in the Interview Room in the corner, woke me up, his partner Villardita, they cuffed me to the wall and starting asking questions, put handcuffs on my head

City Def 002927

Page 8

Slapped in the back with an open hand, kicked me in testicals then — he left.

He came back at 0030 hours and repeated the same thing and between 0200 & 0500 he repeated this the final time.

Q. Were you injured?
A. Just bruises — bruised some on middle and not

Q. How many times did he slap you on the back?
A. Many to count, and he punched me several times with his fist in my chest approximately 6-7 times.

Q. Did anyone witness what Det. Villardita did to you?
A. No, just O'Connery. They made me sign some paper, because I was tired of Villardita hitting me, and I was true

Page 4

Q. Did you know the papers
 you signed
A. Yes - that I was the best set forth the truth
Q. How many did you sign
A. Eight

▮▮▮▮▮▮▮▮▮▮▮▮ during my brother Paul ▮▮▮▮▮▮▮▮▮▮▮ after you
have read this statement
consisting of 4 pages and
swear that what you stated
was truthful & honest - accurate
to the best of your certain knowledge
and no ▮▮▮▮▮ ▮▮▮▮ ▮▮▮ with you
sign it
A. Yes

Q. Do you have anything else
to add
A. No
End of Statement 1320 HRS