**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| DANIEL TAYLOR, | ) | |
| | ) | No. 14 C 737 |
| Plaintiff, | ) | |
| | ) | The Hon. John Z. Lee |
| v. | ) | Judge Presiding |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | The Hon. Sheila Finnegan |
| | ) | Magistrate Judge |
| Defendants. | ) | |

## PLAINTIFF DANIEL TAYLOR'S ADDENDUM OF EXHIBITS

NOW COMES plaintiff, DANIEL TAYLOR, by and through his attorneys at the

RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER and LOEVY & LOEVY,

and submits an Addendum of Exhibits in Support of his Opposition to the Defendants' Motion

for Summary Judgment.

1. Googlemaps of 910 W. Agatite Avenue and surrounding areas (Fogarty Dep. Ex. 108)

2. 11.17.92 CPD Supplementary Report – Progress Report re Lassiter-Haugabook murder investigation – Faye McCoy interview (City Def 000017-000023)

3. External photo of Faye McCoy's apartment at 914 W. Agatite (McCoy Dep. Ex. 82)

4. 03.10.02 Affidavit of Faye McCoy (McCoy Dep. Ex. 84)

5. 01.12.15 Dep. Tr. Faye McCoy (excerpts)

6. 09.01.95 Tr. of Testimony of Faye McCoy, *State v. Taylor*

7. 11.24.92 CPD Supplementary Report - Progress Report re Lassiter Haugabook murder investigation (DT 031163-31165)

8. 09.17.14 and 09.18.14 Dep. Tr. of Anthony Villardita (excerpts)

9. 09.23.14 and 09.24.14 Dep. Tr. of Thomas Johnson (excerpts)

10. Renard Foote Information Report (DT-31097-31098)

11.     06.01.15 Dep. Tr. Moulay Abudullah (excerpts)

12.     CPD police reports re Street File in Lassiter-Haugabook investigation (City Def 000037-38, 000089, 000096)

13.     11.23.92 Supplementary Report - Progress Report re alternative suspects Larry Mixon, Antoine Love, Izeala Golatt, and Carolyn Grace

14.     11.23.92 General Progress Report re Larry Mixon et al. (City Def 000099)

15.     10.01.14 and 10.02.14 Dep. Tr. of Brian Killacky (excerpts)

16.     11.22.92 General Progress Report re Mixon and McCoy interview (City Def 000097)

17.     10.28.14 Dep. Tr. of Robert Elmore (excerpts)

18.     11.29.92 General Progress Report – "clear this case" report (City Def 00017)

19.     12.02.92 CPD report re Lewis Garner, Akia Phillips (Dion Bonner) and Paul Phillips - Poss Contr Subst (DT-031186-87)

20.     12.5.92 Supp Report - Cleared by Arrest and Open (City Def 000047-66)

21.     12.09.15 Dep. Tr. of Paul Phillips (excerpts)

22.     01.07.15 Dep. Tr. of Lewis Gardner (excerpts)

23.     12.02.92 Akia Phillips Arrest Report

24.     03.10.95 Tr. of Testimony of Barbara Gardner, *State v. Gardner* (AG17412-17460)

25.     12.03.92 Statement of Lewis Gardner (DT-005219-5270)

26.     21st CFA Expert Report disclosed by Plaintiff on 12.7.17

27.     04.24.95 Tr. of Testimony of Michael Rabin, *State v. Gardner*, and report of defense expert Michael Rabin in *State v. Gardner* (AG17557-17565, PD-Gardner 240)

28.     09.11.15 Dep. Tr. of Andrew Berman (excerpts)

29.     12.04.14 Dep. Tr. of Akia Dion Phillips (excerpts)

30.     10.24.94 Motion Hearing, Suppression of Akia Phillips Confession, *State v. Akia Phillips* (City Def 009244-48)

31.     12.16.92 Office of Professional Standards (OPS) Complaint - Akia Phillips (City Def

002922-2928) (redactions in original production)

32.  12.04.92 Statement of Paul Phillips (CCCSAO 019445-19463)

33.  11.24.14 Dep. Tr. of Rodney Matthews (excerpts)

34.  03.16.95 Tr. of Testimony of Audrey Matthews, *State v. Matthews* (CCSAO 8516, 8558)

35.  CPD Summary Report Digest Complaint Register (City Def 009462-9571) **CONFIDENTIAL (filed under seal)**

36.  12.05.93 Statement of Joseph Brown (CCSAO 019476-19479)

37.  02.21.95 Order Granting Motion to Suppress, *State v. Brown* (DT-013047-13051)

38.  03.17.95 Hearing - *nolle prosse* charges against Joseph Brown, *State v. Brown* (City Def 010602-10605)

39.  11.20.14, 11.21.94 Dep. Tr. of Deon Patrick (excerpts)

40.  09.04.14 Dep. Tr. of Daniel Taylor (excerpts)

41.  12.04.92 Statement of Deon Patrick (DT-031294-31297)

42.  12.04.92 Statement of Rodney Matthews (CCSAO 019472-19475)

43.  12.03.92 Statement of Akia Phillips (DT-031248-31269)

44.  12.03.92 Statement of Daniel Taylor (CCSAO 019392-19417)

45.  12.03.92 Daniel Taylor Arrest Report

46.  03.19.15 Dep. Tr. of Robert Delaney (excerpts)

47.  Dr. Richard Leo Expert Report disclosed by Plaintiff on 12.7.17

48.  Michael Brasfield Expert Report disclosed by Plaintiff on 12.7.17

49.  Andrea Lyon Expert Report disclosed by Plaintiff on 12.7.17

50.  12.3.92 Supplementary Line-up Report ("McCoy Line-up Report") (DEON_THEIS00006-7)[1]

---

[1] Discovery was effectively consolidated in the cases of Deon Patrick and Daniel Taylor prior to Patrick's case entering trial posture. Consequently, documents produced in Patrick's case are also part of Taylor's record.

51.  02.23.15 and 04.20.95 Dep. Tr. of Nathan Diamond-Falk (excerpts)

52.  09.05.95 Tr. of Testimony of Steve Caluris, *State v. Taylor* (DT-032686, DT-032733-032762)

53.  11.16.92 Daniel Taylor Arrest Report for Disorderly Conduct (CITY Def 000174-175)

54.  11.16.92 Daniel Taylor Bond Slip (DEON017023)

55.  10.14.14 Dep. Tr. of James Anderson (excerpts)

56.  03.04.02 Affidavit of James Anderson

57.  12.28.92 and 12.31.92 General Progress Reports re Searching for James Anderson (AG000016-17)

58.  12.7-8.92 General Progress Report (the "Grimes/Gillespie GPR") (DEON_THEIS00038-39)

59.  05.06.15 Dep. Tr. of James Gillespie (excerpts)

60.  Undated 12.92 General Progress Report re Gillespie (the "Gillespie 45 Minutes GPR") (DEON_THEISS00035)

61.  12.92 ASA Dave Styler Handwritten Notes re 23rd District Lock-up Personnel

62.  09.18.17 Dep. Tr. of William McCorry (excerpts)

63.  06.28.17 Dep. Tr. of Edwin Kaup, City of Chicago 30(b)(6) lock-up witness

64.  Peter Smerick Expert Report disclosed by Plaintiff on 08.17.15[2]

65.  03.23.17 Tr. of Testimony of Peter Smerick, Patrick v. City of Chicago (City Def 016419-16455)

66.  09.01.95 Tr. of Testimony of Adrian Grimes, *State v. Daniel Taylor*

67.  09.05.95 Tr. of Testimony of Sean Glinski, *State v. Daniel Taylor*

68.  03.08.02 Affidavit of Michael Adrian Grimes

69.  12.18.14 Dep. Tr. of Adrian Grimes (excerpts)

---

[2] Smerick's original expert report was disclosed jointly in the Patrick and Taylor cases.

70. 01.04.93 Supplementary Report (the "Grimes/Seymore/Gillespie Supp Report") (CCSAO 018520-18525)

71. 10.29.14 Dep. Tr. of James Gildea (excerpts)

72. Daniel Taylor 11.01.95 Order of Sentence and Commitment

73. 04.03 Affidavit of Bill Musleh (CCSAO 017594-95)

74. Undated and unsigned General Progress Report re Grimes, Gillespie and Seymore (the "Timeline GPR") (City Def 000120-121)

75. State's Answer to Discovery, *State v. Gardner et al.* (DT-029360-29364)

76. 10.30.14 Dep. Tr. of Michael Berti (excerpts)

77. 11.17.92 Vice Case Report - Berti/Glinski (DT-006540-6541)

78. 12.02.14 Dep. Tr. of Sean Glinski (excerpts)

79. 12.14.92 Supplementary Report (the "Berti/Glinski Report") (DEON_THEIS00369)

80. 05.01.15 Dep. Tr. of David Taylor (excerpts)

81. 06.13.03 SAO Memo re Interview with Sean Glinski (DT-030854-30855)

82. 04.14.17 Tr. of Testimony of Sean Glinski, *Patrick v. City of Chicago et al.* (City Def 017714, 017891)

83. Judgment, *Patrick v. City of Chicago et al.,* No. 14 C 3658 (N.D. Ill. Apr. 12, 2017)

84. Judge Strayhorn Transcript re Berti (Berti Dep. Ex. 51) (DT-010741)

85. 06.16.03 SAO Memo of Interview with Daniel Taylor (DT-038622-38624)

86. Magistrate Report and Recommendation on Sanctions Motion, *Taylor v. City of Chicago et al.*, No. 14 C 737 (N.D. Ill. Sept. 12, 2018)

87. 11.16.92 23rd District "Lock-up Roster" (DT10388-10389)

88. 05.06.15 Dep. Tr. of James Meindl (excerpts)

89. 05.27.15 Dep. Tr. of James Hickey (excerpts)

90. 11.16.92 23rd District "CPD Personnel List" (City Def 000197-198)

91.    11.16.92 Arrest Report for James Anderson (DT30918-30919)

92.    11.16.92 Arrest Report for Eugene Fisher (DT-022108-22109)

93.    12.7.95 General Progress Report re James Anderson (City Def 000115)

94.    Court Record of State Witnesses, *State v. Taylor* (DT-032514-32515, DT-032686-32688, DT-032961-32962)

95.    09.06.95 Tr. of Testimony of Anthony Villardita, *State v. Taylor*

96.    04.27.98 CPD General Order re Lockup Procedures (City Def 001354-1357)

97.    05.07.15 Dep. Tr. of Michael Mitchell (excerpts)

98.    Typical "Visual Check Lock-up Logbook" (Mitchell Dep., Ex. 128) (BS000332)

99.    Nathan Diamond-Falk Trial File (DT-030385-030721, DT-029360-030384) **On file with Plaintiff's counsel due to its size

100.    05.13.15 Dep. Tr. of David Styler (excerpts)

101.    08.19.93 Defense Counsel Subpoena to CPD 23rd District, *State v. Taylor* (DT-030843)

102.    Defense Motion for Discovery, *State v. Taylor* (DT-030613-30618)

103.    02.20.17 Dep. Tr. of Ellen Rubin (excerpts)

104.    02.19.15 Dep. Tr. of John Theis (excerpts)

105.    12.29.92 Tr. of Testimony of Terry O'Connor, Grand Jury Proceedings, *In re Gardner et al.* (AG014434-14442); 12.9.92 Tr. of Testimony of Michael Seymore, Grand Jury Proceedings, *People v. John Doe* (AG014443-14449); 12.8.92 Tr. of Testimony of Adrian Grimes, Grand Jury Proceedings, *People v. John Doe* (AG014460-14468)

106.    CPD Special Order 86-3 re Investigative Files (Hickey Dep. Ex. 179) (City Def 000694-696)

107.    *Jones v. City of Chicago*, 856 F.2d 985 (7th Cir. 1988)

108.    05.21.15 Dep Tr. of Thomas Needham (excerpts)

109.    05.22.15 Dep Tr. of Jeanne Bischoff (excerpts)

110.    05.28.15 Dep Tr. of Celeste Stack (excerpts)

111.    04.12.13 Report of Proceedings, *State v. Taylor* – re missing CCSAO files

112.    Expert Report of Michael Brasfield, *Rivera v. Guevera et al.*, No. 12 C 4428 (N.D. Ill.) (filed with the Court on May 21, 2018)

113.    03.30.17 Tr. of Testimony of Daniel Taylor, *Patrick v. City of Chicago* (City Def 017360, 017380)

114.    CPD 02.14.12 Supplementary Report re missing Investigative File (City Def 000001-6)

115.    12.07.10 Email to Karen Daniel from Jack Enter, CPD FOIA officer, re missing T543021 file  (DT-022690-22691)

116.    03.10.15 Dep. Tr. of Kathleen Loughran (excerpts)

117.    02.17.15 Defendant City of Chicago's Response to Plaintiff's Request for Inspection of Evidence

118.    10.13.10 Email to Karen Daniel from Jack Enter, CPD FOIA officer, re "still missing" T543021 file

119.    1988 CPD Detective Division Standard Operating Procedures re Investigative Files (City Def 000697, 000851-856)

120.    06.28.13 Report of Proceedings - dismissing charges against Daniel Taylor, *State v. Taylor* (DT-017779-17783)

121.    09.27.13 SAO Press Release Regarding *State v. Daniel Taylor* Case (DT-015681)

122.    01.23.2014 Order Granting Daniel Taylor a Certificate of Innocence, *State v. Taylor* (COURT FILE 000385)

123.    01.23.14 Order Granting Deon Patrick a Certificate of Innocence, *State v. Patrick* (DEON007079)

124.    08.14.14 Order Granting Lewis Gardner a Certificate of Innocence, *State v. Gardner* (DT-040057)

125.    08.14.14 Order Granting Paul Phillips a Certificate of Innocence, *State v. Phillips* (DT-040056)

126.    11.27.95 Notice of Appeal, *State v. Taylor* (DT-030531)

127.    01.31.00 Taylor federal *pro se* petition for habeas corpus (DT-018835-18841)

128.    09.07.95 Tr. of Testimony of Terrence Duffy, John Meindl, and James Gillespie, *State v.*

*Taylor*

129. Plaintiff's 06.04.14 Answers to Defendant Johnson's First Set of Interrogatories

130. Plaintiff's 05.11.15 Answers to Defendants O'Connor and Abreu's First Set of Interrogatories

131. Plaintiff's 12.06.17 Motion to Pierce the Attorney-Client Privilege as to Defendant Glinski

132. Plaintiff's 03.18.18 Supplemental Response to Defendants' Motion for Sanctions

133. Mem. Op. and Order, *Fields v. City of Chicago et al.*, No. 10 C 1168 (N.D. Ill. Sept. 11, 2017)

134. Mem. Op. and Order, *Rivera v. Guevara et al.*, No. 12 C 4428 (N.D. Ill. May 11, 2018)

135. Judgment, *Rivera v. Guevara et al.*, No. 12 C 4428 (N.D. Ill. Aug. 13, 2018)

136. 05.31.18 Dep. Tr. of Daniel Taylor (excerpts)

137. Daniel Taylor 09.07.95 Certified Statement of Conviction

138. Daniel Taylor Common Law Record - 09.01.95 Commencement of Criminal Proceedings (DT-031584)

139. *People v. Taylor*, 182 Il. 2d 569 (1999) (denying Petition for Leave to Appeal)

140. *People v. Taylor*, 299 Ill. App. 3d 1124 (1998) (affirming trial verdict)

141. 04.18.93 Latent Print Examination Report – negative comparison to Daniel Taylor (DT 007956-7958)

142. Closing Arguments, *State v. Taylor*


Dated: December 7, 2018                    Respectfully submitted,

                                           *Plaintiff Daniel Taylor*

                                           /s/ Alexa Van Brunt

Alexa Van Brunt
Locke E. Bowman
Roderick and Solange MacArthur Justice Center
Northwestern University School of Law
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-0844

Arthur Loevy
Jon Loevy
David B. Owens
LOEVY & LOEVY
312 N. May St., Ste. 100
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on December 7, 2018, she caused the

foregoing document to be served upon all counsel of record by filing the document and exhibits

using the Court's CM/ECF system, which automatically sent copies to all counsel of record.

/s/ Alexa Van Brunt