IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL TAYLOR, | ) | |
| | ) | No. 14-cv-0737 |
| Plaintiff, | ) | |
| | ) | The Hon. John Z. Lee |
| v. | ) | Judge Presiding |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff Daniel Taylor, by his undersigned attorneys, respectfully moves this court for leave to file his Motion To Bar Proposed Defense Expert Michael Welner, which is in excess of the 15 page limit imposed by Local Rule 7.1. In support, Plaintiff states:

1. The parties' motions in limine and *Daubert* motions are due on Monday, September 21. Plaintiff has prepared a motion to bar Dr. Michael Welner, who of the defendants' proposed expert witnesses. The motion is 24 pages in length, which exceeds the 15 page limit for all briefs. *See* LR 7.1.

2. Dr. Welner, the defendants' proposed expert on false confessions, has prepared a very lengthy expert report—69 single-spaced pages using a small font. The subject matter of Dr. Welner's proposed testimony is complicated, as the lengthy report reflects. Moreover, to explain why Dr. Welner is not qualified requires discussion not only of Dr. Welner's qualifications and the area of his expertise, but also some discussion of the separate area of expertise in which Plaintiff's proposed false confessions expert, Prof. Richard Leo, is qualified. For these reasons, additional pages were necessary in order to effectively set forth Plaintiff's arguments in opposition to Dr. Welner's proposed testimony.

WHEREFORE, Plaintiff Daniel Taylor respectfully requests that this court enter an order granting him leave to file his Motion To Bar Proposed Defense Expert Michael Welner, which is 24 pages in length.

                                                Respectfully submitted

                                                **DANIEL TAYLOR**

                                                By:  /s/  Locke E. Bowman
                                                          One of his attorneys

Locke E. Bowman
Alexa Van Brunt
Maggie Filler
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern University Pritzker School of Law
375 E. Chicago Ave.
Chicago, IL 60611
312 503 0844

Arthur Loevy
Jon Loevy
David B. Owens
Loevy & Loevy
311 N. Aberdeen St. #3
Chicago, IL 60607
312 254 5900

## CERTIFICATE OF SERVICE

      Locke E. Bowman, an attorney, certifies that he caused the foregoing document to be served on all counsel of record on September 18, 2020, by filing the same using the court's CM/ECF system, which automatically effected service on all counsel of record.

                                                      /s/   Locke E. Bowman