# EXHIBIT D

Speckin Forensics, LLC

2601 Coolidge Road, Suite 202
East Lansing, Michigan 48823
517-349-3528 • Fax 517-349-5538

110 E. Broward Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
954-763-6134 • Fax 954-688-4941

www.4N6.com

Leonard A. Speckin
Retired Document Analyst

Michael J. Sinke
Latent Print Specialist
Crime Scene Reconstruction
Forensic Document Analyst

Robert D. Kullman
Forensic Document Analyst

Larry A. Dalman
Computer Recovery Specialist

Dr. George F. Jackson Ph.D.
Toxicologist

Erich J. Speckin
Forensic Document Analyst
Ink Dating Specialist

Roger J. Bolhouse MBA
Laboratory Director
Crime Scene Reconstruction
Forensic Analyst & Consultant

Thomas K. Huard Ph.D.
DNA Analyst & Consultant

Robert B. Cilwa
Forensic Firearms Examiner

Richard L. Brunelle
Retired Ink Dating Consultant

Dr. Laurence R. Simson M.D.
Forensic Pathologist

Dr. Jay A. Siegel Ph.D.
Analytical Chemist

Colin V. Shellhorn
Computer & Graphics Specialist

Dr. Julie Howenstine
Serologist
DNA Analyst & Consultant
Crime Scene Reconstruction

**ERICH J. SPECKIN**

Forensic Document Analyst
Ink Dating Specialist

**EXPERIENCE**

· Employed with Speckin Forensic Laboratories – 1993- Present
President – 1999 – Present

**EDUCATION**

· Purdue University at age 15 to study engineering
· Albion College at age 17 to study biology and pre-medical
· Michigan State University graduated with a degree in Chemistry (1995)

**FORENSIC TRAINING**

· Two year residency with Leonard A. Speckin in the examination of questioned Documents (1993-1995)
· One year residency with Brunelle Forensic Laboratories in the identification and dating of inks (1995-1996)

**PUBLICATIONS**

Thirteen scientific papers and publications authored or co-authored including:

1)Obverse-Reverse Intersection of Lines, 1993 Midwestern Association of Forensic Scientists and 1996 American Society of Questioned Document Examiners

2)Chemical Removal of Magic Marker on Photocopied Documents, 1995 American Society of Questioned Document Examiners

3)A Private Examiner's Response to Ink Age Determination, 1996 American Academy of Forensic Sciences

4)Interpretation of Data Obtained in Relative Ink Age Determination Testing, 1997 American Academy of Forensic Sciences

5)How Do Forensic Chemists Detect 'Record Tampering'?, 1995 Michigan Lawyer's Weekly, 1995 Virginia Lawyer's Weekly

6)Technical Report with Case Studies on the Accelerated Aging of Writing Inks, 1998 International Journal of Forensic Document Examination, 1999 Canadian Society of Forensic Science, 1999 GFS Hamburg, Germany

7)The Detection of Mastic on Plastic, 1996 Midwestern Association of Forensic Scientists, 1996 Southwestern Association of Forensic Document Examiners

8)More Forensic Solutions to Help Attorneys in Litigation, 1995 Michigan Lawyer's Weekly

9)Chapter in Encyclopedia of Crime & Punishment, 2001 Textbook

10)Ink Dating Examinations, 2000 NADE journal

11)Impression by Traced Forgery, 2001 American Society of Questioned Document Examiners (co-author)

12)Response to Criticism of Technique Use in Relative Ink Age Determination, 1999 American Academy of Forensic Sciences

13)The Dating of Writing Inks through 2-Phenoxyethanol Using Gas Chromatography-Mass Spectrometry: Advantages, Interpretation, and Limitations 2010, AFDE (co-author)

**INVITED**
**SPEAKER**

Invited Speaker on the subject of forensic including the following groups and venues:

· Michigan State University
· American Trial Lawyers Association
· International Association of Questioned Document Examiners
· Medical Legal Consultants
· National Association of Document Examiners
· Canadian Society of Forensic Sciences
· American Academy of Forensic Sciences
· American Society of Questioned Document Examiners
· Midwestern Association of Forensic Scientists
· Southwestern Association of Forensic Document Examiners
· Medical Defense Attorneys Meetings
· Wayne County Nursing Consultants
· Various Insurance and Private Investigators Associations
· Nevada State Bar Association
· Gesellschaft fur Forensische Schriftuntersuchung E.V. (GFS) in
Hamburg, Germany

**COURT**
**TESTIFIED**

Testified in cases in Federal Court, Circuit Court, District Court, Union Arbitrations, licensing matters, depositions, House of Representatives, and the State Board of Canvassers in Alaska, Arizona, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Missouri, Nevada, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Texas, Virginia, Washington D.C., Washington, West Virginia, and Wisconsin. Also in Vancouver, British Columbia Canada; Monterrey, Mexico, London, England; Jamaica; Tokyo, Japan and Hong Kong.

I have been appointed by judges in Michigan, California, Kentucky, Maine, Florida and Australia to perform examinations at the request of the court.

I have also been retained by the Embassy of Uruguay, Florida Department of Law Enforcement, Michigan Attorney Generals Office, Department of Natural Resources, The State Board of Canvassers, Health Care Fraud Division, Federal Defenders Offices, National Labor Relations Board as well as many local, county, state, and federal offices.

Other clients include General Motors, Ford Motor Company, Chrysler, Honda, NationsBank, National Collegiate Athletic Association, National Basketball Association, National Hockey League Players Association, as well as many others.

I have performed examinations in over 2000 cases and presented sworn testimony in 33 states and five other countries on several levels over 200 times in total. I have worked cases from five continents and many countries. (separate list available upon request)

**NATIONAL MEDIA**
**APPEARANCES**

· National Media Appearances including:
· Wall Street Journal (front page)
· America's Most Wanted
· The Learning Channel (Medical Detectives)
· Good Morning America
· Consulting and prop creation for CSI episodes on ink dating
· Forensic Files

**PROFESSIONAL**
**AFFILIATIONS**

· Society of Forensic Ink Analyst (Board of Directors & President) 1998-2008
· Midwestern Association of Forensic Sciences
· American Society of Testing and Materials