# EXHIBIT E

**THIS CURRICULUM VITAE IS PROVIDED TO YOU FOR INFORMATIONAL PURPOSES ONLY. YOU ARE NOT AUTHORIZED TO USE ANY OF THE INFORMATION CONTAINED HEREIN FOR ANY PURPOSE OTHER THAN IN THE DETERMINATION TO CONTRACT THE SERVICES OF MR. SMERICK. MISUSE OF VITAE INFORMATION BY OTHERS IN THE PAST REQUIRES US TO ADVISE YOU THAT THE WRONGFUL USE OF MR. SMERICK'S NAME, SUCH AS LISTING HIM AS AN EXPERT WITNESS WITHIN THE DISCOVERY PROCESS BEFORE HE HAS AGREED TO SERVE AS AN EXPERT, IS ACTIONABLE UNLESS MR. SMERICK OR THE ACADEMY GROUP, INC., GIVES PRIOR SPECIFIC PERMISSION.**


# Peter A. Smerick

**Executive Vice President**

**The Academy Group, Inc.**
**7542 Diplomat Drive, Suite 201**
**Manassas, Virginia 20109**
**(703) 330-0697**
**Academy-Group.com**

## INTRODUCTION

For over 26 years, Peter A. Smerick was involved in the investigation and analysis of violent and non-violent crimes. His career path as an FBI Special Agent was unique for its diversity. While most Agents specialized in one field (i.e., Foreign Counter Intelligence, White Collar Crime, Organized Crime, etc.), Mr. Smerick developed expertise in the field as a surveillance photographer; in the FBI Laboratory as a Questioned Document and Photographic Evidence Examiner; at the FBI Academy as a Forensic Science instructor; and finally, as a Violent Crime Analyst and Criminal Profiler assigned to the FBI's National Center for the Analysis of Violent Crime. (This unit was made famous by Thomas Harris' book, *Red Dragon*, and the movie, *The Silence of the Lambs*). For the past 17 years, as a partner in the Academy Group Inc. (AGI), a forensic behavioral science company consisting primarily of retired FBI Agents, he has applied his knowledge of criminal behavior as an expert in Premises Liability matters, Cold Case Analysis, and as an internationally recognized law enforcement instructor.

## EDUCATION

1965: Bachelor of Arts degree in Political Science, Pennsylvania State University, State College, Pennsylvania.

1986: Masters of Education degree in Instructional Technology, University of Virginia, Charlottesville, Virginia.

## MILITARY EXPERIENCE

Received still photography, motion picture photography, and photographic laboratory management training at Ft. Monmouth, New Jersey.

1966-1967: First Lieutenant, U.S. Army Combat Photographer, Vietnam. Officer-In-Charge of the largest U.S. Army Combat Photography Unit in Vietnam (4 officers, 125 enlisted men, 25 civilians). Received Presidential Unit Citation for Meritorious Service. Served as Officer-In-Charge of an Intelligence Unit, Ft. Bragg, NC, providing "Order-of-Battle" analysis of Cuba and The Dominican Republic.

## PROFESSIONAL EXPERIENCE WITHIN THE ACADEMY GROUP, INC.

2010-present Executive Vice President and Chairman of the Board of the Academy Group, Inc., Manassas, Virginia

2003-2009 President and CEO of the Academy Group, Inc., Manassas, Virginia

1994-2003 Vice President of the Academy Group, Inc., Manassas, Virginia

**Violent Crime Analyst**

In Negligent Security - Premise Liability cases, conducts a Violent Crime Analysis to determine what security measures, if any, may have prevented or deterred a particular offender from committing a specific crime. Emphasis is placed on analyzing the behavior of the offender and his/her interaction with the victim. Crime statistics and the physical aspects of security (i.e., lights, cameras, security guards, etc.) are not, by themselves, significant enough to determine foresee-ability and deter-ability. A basic question to be answered is: "What risk was the offender willing to take in order to commit the crime?"

(NOTE: Violent Crime Analysis is not a new concept but a technique routinely utilized by detectives and investigators and has been accepted in criminal and civil courts of law in the United States.)

Since 1994 Mr. Smerick has analyzed violent criminal behavior and physical security measures in over 200 cases involving apartment complexes, parking lots and parking garages, restaurants, convenience stores, and commercial businesses. He has provided verbal and written reports and also deposition and trial testimony when required.

Mr. Smerick has also analyzed (for litigation purposes) the behavior of two mass murderers: Patrick Sherrill (who killed 14 postal employees in Edmond, Oklahoma), and Mark Barton (the Atlanta Day Trader shooter).

**Consultant**

Consultant to law enforcement agencies, criminal and civil attorneys, corporate security directors, and individuals regarding criminal acts such as: homicides, rapes, kidnappings, extortions, child abductions and molestations, product tampering cases, forgeries, stalking, and the sending of threatening, harassing, and anonymous communications.

**Equivocal Death Evaluations**

Conducts Equivocal Death Evaluations for law enforcement agencies, criminal defense attorneys, and families to determine if a death was the result of a homicide, suicide, accident, or natural causes.

- Retained as a criminal defense expert in a case entitled, "State of Nevada v Richard Bennett Tabish, et al," District Court, Clark County, NV, Case No. C161663, regarding the death of Ted Binion, owner of The Horseshoe Casino, Las Vegas, Nevada. (2003)

- Was retained by the U. S. Department of Justice to determine if the death of Danny Casolaro was a homicide or suicide in connection with a review of Special Counsel Nichols J. Bua's Report on the Allegations of INSLAW, Inc. (September 27, 1994).

**Investigative and Courtroom Strategies**

Assists in the formulation of interview, interrogation, and courtroom strategies.

**Courtroom Experience**

Has testified over 100 times in Federal, State, Local, and Military Courts in civil and criminal cases as an expert witness.

**Handwriting, Stylistic and Forensic Photographic Expert**

Analyzes handwriting to identify the writer of questioned documents. Uses infra red and ultraviolet light technology to detect alterations, erasures, additions or subtractions to documents.

Conducts "Stylistic Examinations" to identify the author of a communication through word usage, phraseology, syntax, punctuation, and other linguistic features. Identified the author of a computer-generated, unsigned suicide note as being the victim's husband.

Analyzes photographic evidence in connection with criminal and civil investigations.

**Training**

As an Instructor for the Southern Police Institute, University of Louisville, Louisville, Kentucky, provides training to Homicide Detectives and Sex Crimes Investigators nationwide regarding Violent Crime Analysis, Criminal Profiling Techniques, and Equivocal Death Investigations. Provides training to other law enforcement agencies through the Academy Group, Inc.

**Cold Case Analyst**

Analyses cold cases involving homicide or sexual assault for investigators attending SPI's Homicide or Sex Crimes Investigations Schools at no charge to their departments.

**Workplace Violence**

Develops indirect personality assessments of disgruntled and/or terminated employees to ascertain a person's potential for violence. Develops coping and termination strategies to minimize future problems in the workplace. Trains corporate Security Directors in recognizing behavioral "red flags," which may indicate that an employee might act out violently.

**PROFESSIONAL EXPERIENCE WITHIN THE FEDERAL BUREAU OF INVESTIGATION'S NATIONAL CENTER FOR THE ANALYSIS OF VIOLENT CRIME**

1988-1994: Supervisory Special Agent, FBI Academy, Quantico, VA, assigned to the National Center for the Analysis of Violent Crime (NCAVC) as a Senior Violent Crime Analyst & Criminal Profiler. Analyzed homicide, rape, sex crimes against children, kidnapping, extortion, product tampering, and stalking cases; and provided assessments of unknown offenders, behavioral analysis of violent crime scenes, investigative strategies, interview techniques and prosecutive strategies.

Consultant to law enforcement agencies regarding violent crimes in the United States, Europe and Central America.

**Threat Assessments**

Program Manager for the Threat Assessment and Statement Analysis Sub-Unit. Analyzed the content of threatening and/or anonymous communications to identify unknown offenders. Provided a threat assessment regarding the author's propensity for violence.

**David Koresh Case**

Participated on-site during the David Koresh - Branch Davidian standoff against the FBI from March 2 – 17, 1993, in Waco, Texas. Provided negotiators and commanders with an indirect personality assessment of David Koresh and his followers and recommended that tactical force not be used against the compound. Was recognized by the Dennis Commission's behavioral science experts (who analyzed the Waco stand-off for the Department of Justice) as having assessed the situation correctly. Testified at Senate and Congressional hearings regarding the Waco situation. Received a letter of appreciation and an American flag which flew over the capitol from the Department of Justice.

**Unabomber Letters**

Analyzed the "Unabomber" letters sent with explosive devices to his victims. Also analyzed communications associated with the Greek terrorist Group "17 November."

**Handwriting and Stylistic Expert**

Identified the victim's husband as the author of a typewritten anonymous letter in a homicide investigation for the Bend, Oregon Police Department. Testified in court regarding his findings which resulted in the conviction of the husband for murder, even though the victim's body was never recovered (Jack Crescenzi case).

**PROFESSIONAL EXPERIENCE WITHIN THE FBI LABORATORY, FORENSIC SCIENCE TRAINING UNIT**

1985-1988: Supervisory Special Agent, FBI Academy, Quantico, Virginia. FBI Laboratory Instructor in Crime Scene Management and Forensic Science. Trained evidence technicians, police officers and Special Agents worldwide in crime scene processing techniques; crime scene, accident scene and surveillance photography; and in the collection and preservation of physical evidence. Provided instruction regarding laboratory or forensic analysis of physical evidence. Instructed seasoned police officers attending the FBI's National Academy, an 11-week course captioned: "The Management of Forensic & Technical Services."

**PROFESSIONAL EXPERIENCE WITHIN THE FBI LABORATORY, DOCUMENT SECTION SPECIAL PHOTO UNIT**

1976-1985: Supervisory Special Agent, Document Examiner/Photographic Evidence Examiner, FBI Laboratory, Washington, D.C., specializing in the analysis of evidence in Bank Robbery, Child Pornography, Kidnaping, Extortion, White Collar Crime, and Anonymous and Threatening Letter cases.

Conducted accident scene searches for the U.S. Coast Guard involving two maritime disasters: the sinking of the USCG cutter Cuyahoga in the Chesapeake Bay, and the buoy tender Blackthorn in Tampa Bay. Photographed, collected, reconstructed, and analyzed waterlogged documentary evidence in these cases and testified at Boards of Inquiry.

Produced a training video for the Document Section regarding handwriting examinations.

**Law Enforcement Photography**

Responsible for the FBI's Photographic Technician Program and Photographic Training Program for 59 FBI Field Offices. Periodically provided training to approximately 100 FBI photographers regarding advanced or innovative crime scene, surveillance, and forensic photographic techniques, such as "Painting with Light," "Hyperfocal Focusing," and the "Use of Infrared and Ultraviolet Light Sources," etc.

**Child Pornography**

Program Manager of the FBI's Child Pornography Data Base. Responsible for linking cases involving the sexual exploitation of children through photographic comparisons. Proved that a self-admitted "collector" of child pornography was also involved in the photographing of children in sexually explicit positions in his home. Identification was made by analyzing and identifying the pattern of knotholes in the knotty pine paneling in his den.

**Bank Security Matters**

Consultant to Bank Security Officers regarding "Bank Surveillance Cameras and the Analysis of Bank Robbery Film." Provided instruction regarding the selection, placement, and utilization of film and video cameras to maximize effectiveness in identifying the perpetrator. When requested, would conduct a survey and make recommendations to Bank Security Officers regarding the placement of bank security cameras.

**Bank Surveillance Film and Photographic Analysis**

Analyzed bank surveillance film and videotapes in bank, ATM and night depository robberies for behavioral and physical identification characteristics of the offender. Linked cases by comparing physical appearance and clothing characteristics of the offender as depicted in the film or videotape. Based upon the behavioral patterns of the offender, would conduct a "foreseeability study" regarding future targets.

Identified a serial rapist and killer in photographs depicting him attacking a woman even though his face was concealed in the pictures. Identification was effected by comparing freckle and mole patterns on his chest, arm and hand (James Mitchell DeBardeleben case).

**Assassination of President Kennedy**

Participated in the analysis of the "Zapruder Film" pertaining to the assassination of President John F. Kennedy to determine if there was a second gunman on the grassy knoll.

**Security Surveys**

Conducted security surveys for surveillance photography operations in criminal, organized crime, and foreign/domestic counter-intelligence investigations. Determined what physical security measures, if any, deterred the offender from committing a crime. Also ascertained if these physical security measures would deter covert FBI photographic activities. Participated in the surveillance of domestic terrorist groups such as "The Weathermen" and "Revolutionary Union," and of international terrorists such as the Puerto Rico FALN and "Al Fatah."

**Anti-Terrorism Training**

Participated in FBI-sponsored anti-terrorism training exercises prior to the Winter Olympics at Lake Placid, New York, the World's Fair at Knoxville, Tennessee, and at other venues. Conducted site surveys from the terrorist's perspective and law enforcement's perspective.

## FBI FIELD AGENT EXPERIENCE

1970-1976: Special Agent, FBI, specializing in Organized Crime, Foreign Counter/Domestic Intelligence, and Criminal Investigations in Eugene, Oregon; Los Angeles, California; and New York City, New York. Responsible for surveillance and crime scene photography during major investigations, to include drug/gang related activities. Police photography instructor. Studied the behavior of subjects of FBI investigations prior to surveillance operations by conducting security surveys.

While in Eugene, Oregon, was able to identify logs harvested illegally from federal land by photographing the cut logs and matching the growth rings with tree stumps.

## NAVAL INVESTIGATIVE SERVICE EXPERIENCE

1967-1970: Special Agent, Naval Investigative Service, U.S. Naval Intelligence, Philadelphia, Pennsylvania. Responsible for photographic operations during criminal, drug related crimes and counter-espionage/sabotage investigations. Conducted criminal and background investigations. Conducted investigations and crime scene searches on the battleship “New Jersey” and aircraft carrier “Saratoga” while the ships were in dry-dock.

## FBI PROFESSIONAL TRAINING

| | |
|---|---|
| FBI Law Enforcement Photography In-Service | 6/72 |
| Questioned Document Examiner Training | 1976-78 |
| Questioned Photographic Evidence Examiner Training | 1976-78 |
| Crime Laboratory Forensic Photo In-Service | 2/78 |
| Instructor's Training Seminar | 1/79 |
| Seminar on Single Photo Perspective | 4/79 |
| Advanced Seminar - Single Photo Perspective | 10-11/79 |
| Management Seminar "Photography" | 3/80 |
| Crime Scene Technicians' School | 6/80 |
| Basic Criminal Profiling In-Service | 10/80 |
| Intermediate Criminal Profiling In-Service | 2/87 |
| Profile Coordinators' Retraining Seminar | 2/88 |
| International Symposium on Homicide Investigations | 6/88 |
| REID School of Interview and Interrogations | 9/88 |
| L.S.I. Course on Scientific Content Analysis | 3/91 |
| Violence in the Workplace Conference | 5/93 |

## INSTRUCTIONAL EXPERIENCE WHILE WITH THE FBI

Adjunct Professor, University of Virginia, Charlottesville, Virginia.

Certified FBI police instructor and lecturer in the following areas:

- Forensic Photography
- Surveillance Photography
- Crime Scene Investigation Techniques
- Behavioral Crime Scene Analysis
- Analysis of Threatening Communications
- Criminal Profiling Techniques for Homicide Investigations
- Criminal Profiling Techniques for Sex Crimes Investigations

Instructor for the International Criminal Investigative Training Assistance Program (ICITAP), U.S. Department of Justice, in Puerto Rico, U.S. Virgin Islands, Belize, Costa Rica, and Guatemala.

## MAJOR PRESENTATIONS WHILE WITH THE ACADEMY GROUP, INC.

The following organizations have been addressed by Mr. Smerick regarding the topics of Criminal Profiling Techniques, Workplace Violence, Stalking, Premises Liability and security matters:

- 1996 Olympics--Office of Emergency Preparedness
- Corporate Conference on Domestic Violence
- University of Granada, Granada, Spain
- Queensland Police Academy, Brisbane, Australia
- National Institute of Forensic Sciences, Brisbane, Australia
- University of Oregon, Eugene, Oregon
- Hocking College sponsored Homicide Seminar, Scottsdale, Arizona
- Southern Police Institute, University of Louisville sponsored Homicide/Sex Crimes Seminars given nationwide
- Virginia State Crime Prevention Council Annual Conference, Williamsburg, Virginia
- Southern Regional Victim Assistance Conference, New Orleans, Louisiana
- LaBrum & Doak Premises Liability Seminar, Philadelphia, Pennsylvania
- Housing Authority Insurance Corporation Annual Risk Management Conference, Boston, Massachusetts
- Sexual Assault Victims Advocacy Service, Woodbridge, Virginia
- College of American Pathologists Annual Conference, Washington, D.C.
- Georgetown Clinical Society, Washington, D.C.
- Mystery Writers of America, New York City, New York

Pennsylvania State Police Homicide Investigators Association
Prince William County, Virginia sponsored School for Violent Crime Investigators
Sexual Assault Seminar, Prince William Hospital, Manassas, Virginia
Workplace Violence Training Seminar, Macy's East, New York City, New York
"The Mind of the Rapist," University of Jaen, Jaen, Spain
"Locking Out Violent Crime," Safeco Conference on Premise Liability, Orlando, Florida
Criminal Profiling, Indiana State University of Pennsylvania, Indiana, Pennsylvania
Crime Scenes--An Advanced Violent Crimes Investigation Seminar, Memphis Sexual Assault Resource Center, Memphis, Tennessee
Forensic-Behavioral Photography School, Homer, Alaska
"The Sexually Violent Offender" – Solutions 2000, Houston, Texas
Alabama Coalition Against Rape, Montgomery, Alabama
Association of Trial Lawyers of America Conference, Phoenix, Arizona
"Stalking Lecture" – Universidad Internacional De Andalucia, Baeza, Spain
"Interpersonal Stalking" – Fairfax County Virginia Police Academy, Fairfax, Virginia; George Mason University, Manassas, Virginia
Plenary Speaker – 15th Annual Symposium of the New Zealand-Australian Forensic Science Society, Gold Coast, Australia
"A Serial Rapist" – The Museum Society of Australia, Sydney, Australia
"Understanding the Mind of a Murderer- Is There A Pattern?"- Soham Conference, London, England.
Meeting the Forensic Challenges of the 21st Century Conference, Dubai, UAE (2009)
"Criminal Profiling Techniques for Hostage Negotiators," Florida Hostage Negotiators Conference, Maitland, Florida (2009)
"Stalking, Survivors, Victims & Predators," University of Virginia National Criminal Justice Command College, Midlothian, Virginia (2009)
"Case Study and Mock Trial - Violent Crime and Premises Security," Excess/Surplus Lines Claims Association, 40th Anniversary Conference, Bermuda (2009)
"Inside the Minds of Criminal Profilers," conference captioned "Future Trends in Forensic DNA Technology, Applied Bio-systems," Washington, D.C. (2010)
"Lethal Shadow: A Case Study of a Sadistic Serial Rapist and Killer," 21st International Symposium on Human Identification, Promega Corp, San Antonio, TX (2010)
"Stalking, Survivors, Victims and Predators," Amarillo College, TX (March 2011)
FBI New Agent Enrichment Night – "The Siege at Waco" (December 2010; April 2011)
"Criminal Profiling Techniques for Homicide/Sex Crime Investigators," Criminal Psychology International Association (IACP), Rome, Italy (September 2013)
"Criminal Profiling," Penn State Forensic Science Symposium (April 2014)

## MAJOR PRESENTATIONS WHILE WITH THE FBI

The following is a representative sample of the organizations addressed by Mr. Smerick:

Special Agent Crime Scene School

Administrative Advanced Latent Fingerprint School
Management of Forensic and Technical Services School
FBI National Academy
Forensic Applications of DNA Typing Methods School
Latent Fingerprint Specialist In-Service
Homicide Investigators Training - Virginia State Police
International Association of Identification Officers Conference
NCAVC Advanced Profile Coordinators In-Service
Armed Forces Institute of Pathology
Police Fellowship
Bank Security Officer In-Service
Violent Crimes Regional Seminar
National Academy Retraining
Homicide - Death Investigators Seminar
Biological Science - Group Management Technical Seminar
Basic Criminal Investigative Analysis In-Service
USMC Command & Staff College - International Officers
Special Prosecutors of Mexico Training
Law Enforcement Coordinating Committee - Violent Crime Conference
Legal Institute In-Service
Evidence Recovery Team In-Service
Advanced Criminal Investigative Analysis In-Service
Professional Investigative Photographers Conference
Arab Security Studies Program
International Association of Chiefs of Police
Practicum in Forensic Pathology
Special Agents Violent Crime Sub-Programs
Florida Criminal Justice Executive Institute
North Carolina Justice Academy
War College of District Attorneys
Third International Judicial Conference of the Court of Military Appeals
Alabama Crime Victims Compensation Commission
American Society of Clinical Pathologists/CAP
American Judges Association
Nevada Justices of the Peace and Municipal Court Judges Association
The Penn State Criminal Justice Association
Virginia Department of Parole and Probation
Just Legal Training, London, England

## PROFESSIONAL ORGANIZATIONS

American College of Forensic Examiners (Diplomate)

American Academy of Forensic Scientists
Society of Former Special Agents of the Federal Bureau of Investigation, Inc.
International Criminal Investigative Analysis Fellowship (ICIAF)
ASTM International

## REPRESENTATIVE SAMPLE OF MEDIA CONTACTS

Interviewed about various violent crime topics by journalists and television/radio personalities in the United States to include:

*Newsweek*, Greg Easterbrook and Melinda Liu
*U.S. News and World Report*, Gareth Cook
*Time Magazine*
*The Washington Post*
*Hearst Publications*, Dan Friedman and Holly Yeager
*Scripps Howard News Service*
*Knight-Ridder News Service*, Frank Greve
*Akron Beacon Journal*, Jolene Limbacher
*Trentonian*, Trenton, New Jersey, April Adamson
*Oakland Tribune*, Jonathon Schorr
*Chicago Daily Herald*, John Marshall
*San Francisco Examiner*, Aaron McCormick
*Readers Digest Books*, Jane Egginton
*Honolulu Start Bulletin*, Hawaii, Helen Altonn
*Cox Newspapers*, Jeff Nesmith
*New York Daily News*, Jane Furse
*The New York Times*, Mia Navarro and Mia Kocieniewski
*Phoenix Gazette*, Chris Fiscus
*Dallas Morning News*, Lee Hancock
*Miami Herald*, Gail Epstein
*Newsday*, Michael Quinn, and William Rasbaum
*The Newark Star Ledger*, Robert Rudolph
*Trenton Times*, Peter Page
*Evening Tribune*, Chris Peterson
*Springfield, Ohio News*, Mariam Smith
*Good Morning America*, Washington, D.C. office, Joan Lunden and Richard Pollock
*American Justice*, Kristin Shuler
*The X-Files*, Chris Ruppenthal
*The FBI - The Untold Story*, Donna Kanter
*CBS Nightly News*, Patricia Jones
*Inside Edition*, Kathryn Gill
*Prime Time*, Merilyn Fletcher

*Unsolved Mysteries*, Doc Moody
*Boston Globe*, Matt Villano
*Fox News*, Bob Donley
*Burden of Proof*, *CNN*, Greta Van Susteren
*Fox News*, Cathryn Crier report
*The New Detectives Series*, “The Mind Hunters,” Discovery Channel
*NBC Dateline*, Marie Bland
*The Situation Room, CNN*, Wolf Blitzer

Interviewed about various violent crime topics by international news media representatives to include:

*Solha De San Pavlo*, Brazil, Alexandra Ozorio De Almida
*The Sunday Times*, England, Emma Gilbey
*The Daily Mail*, England, Helen Hawkes
*The Independent*, England, Peter Victor
*Zweites Deutsches Fernshen*, Peter Arens
*Rapport, Sverieges Television*, Sweden, Anne Lundberg
*Optemen Television*, England, Patrick Fleming
*La Republica*, Italy, Arturo Zampaglioni
*De Standaard*, Belgium, Paul DeMeyer
*ILTA-Sanomat*, Finland, Johanna Lahti
*ABC Talk Radio*, Brisbane, Australia

Consultant to Fox Television regarding their program about criminal profilers captioned *Millennium*.

## **PUBLICATIONS**

**Articles:**

Photographic Equipment and Techniques Update (1982-1985). In FBI Laboratory Newsletter for FBI Photographers.

Observations of a Serial Burglar (1992). In Virginia Crime Prevention Association News Journal, Issue No. 15, Winter 1992.

A New Technique in Negligent Security Cases: Violent Crime Analysis (1998). In Bank Security & Fraud Prevention Magazine, American Bankers Association, Volume 5, Issue 4, April.

**Book Chapters:**

"Using Statement Analysis in Rape Investigations" (2010). In Napier, M.R., *Behavior, Truth and Deception: Applying Profiling and Analysis to the Interview Process.* CRC Press.

"Psychology of Criminal Harassment" (2008). In St-Yves, M., et al, (Eds.), *The Psychology of Criminal Investigations – The Search for the Truth.* Carswell.

"Crime Scene Photography" (1992). In Douglas, J.E., et al., (Eds.), *Crime Classification Manual – A Standard System for Investigating and Classifying Violent Crimes.* New York: Lexington Books.

**Contributing Author:**

*Crime Classification Manual – A Standard System for Investigating and Classifying Violent Crimes.* New York: Lexington Books (1992).
Chapters dealing with homicide and arson.