# EXHIBIT G

Administrative Office:
7887 San Felipe
Suite #122
Houston, TX 77063
(713) 784-9537

# American Board of Forensic Document Examiners, Inc.

Board of Directors

President
Howard C. Rile, Jr.
100 Oceangate, Suite 670
Long Beach, CA 90802
(562) 901-3376

Vice President
A. Frank Hicks
P.O. Box 13643
Jackson, MS 39236
(601) 924-8765

Secretary
L. Keith Nelson
620 Waterview Court
Stone Mountain, GA 30088
(770) 879-7224

Treasurer
Richard A. Dusak
U.S. Secret Service
Suite 929
1800 G Street, NW
Washington, DC 20223
(202) 435-5926

Additional Directors
Brian B. Carney
Jan Seaman Kelly
Brian Lindblom
Jane A. Lewis
Clarke Mercer
Thomas A. Simpson
Floyd L. Whiting

May 4, 1998

VIA CERTIFIED MAIL #Z 687 085 489
*Return Receipt Requested*

Erich J. Speckin
121 Okemos Road, Suite 27
Okemos, MI 48864

EXHIBIT NO. 3
Speckin
9.30.15
Tracy Jones, CSR, RPR, CLR

RE: ABFDE Eligibility

Dear Mr. Speckin:

It has been brought to the attention of the ABFDE Board of Directors that on several occasions you have cited as a qualification that you are "eligible for certification by the American Board of Forensic Document Examiners" and "expect to take the National Board Examinations in February, 1996." Our records indicate that as of May 1, 1998 you are not in the process of nor have you applied for certification by the American Board of Forensic Document Examiners.

If you are, in fact, a candidate for ABFDE certification, you are encouraged to make application. However, it is the function of the ABFDE Credentials Committee to evaluate applications and make the determination as to an individual's eligibility. This status is conferred only upon application by the individual and in accordance with the qualifications and requirements set forth in the ABFDE Rules and Procedures Guide.

Therefore, it is the unanimous consensus of the ABFDE Board of Directors that your representation is, at the least, inaccurate, and at worst, could be viewed as a fraudulent misrepresentation. You are requested to cease and desist referring to yourself as "eligible for certification" until you are authorized by the ABFDE to do so.

Yours truly,

Howard C. Rile, Jr.

HCR:mad

cc: Frank Hicks
Keith Nelson