# EXHIBIT A

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION


     DEON PATRICK,                      )
                                        )
                     Plaintiff,         )
                                        )
                                        )
     -vs-                               )   Case No. 14 C 3658
                                        )
                                        )   Chicago, Illinois
     CITY OF CHICAGO, et al.,           )   March 8, 2017
                                        )   9:30 o'clock a.m.
                     Defendants.        )


                                 VOLUME 1A
                         TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE RONALD A. GUZMAN, and a jury

     APPEARANCES:

     For the Plaintiff:        VALOREM LAW GROUP LLC
                               BY:  MR. STUART JAY CHANEN
                                    MS. NICOLE NEHAMA AUERBACH
                                    MR. DANIEL C.F. WUCHERER
                               218 N. Jefferson Street, Suite 300
                               Chicago, Illinois 60661

     For Defendant City of     DYKEMA GOSSETT PLLC
     Chicago:                  BY:  MR. DANIEL MATTHEW NOLAND
                               10 South Wacker Drive, Suite 2300
                               Chicago, Illinois 60606

     For the individual        BORKAN & SCAHILL, LTD.
     defendant police          BY:  MR. TIMOTHY P. SCAHILL
     officers:                      MS. MISHA ITCHHAPORIA
                                    MR. STEVEN BLAIR BORKAN
                               20 South Clark Street, Suite 1700
                               Chicago, Illinois 60603
```

Case: 1:14-cv-00737 Document #: 573-1 Filed: 09/21/20 Page 3 of 3 PageID #:14353
Taylor - cross by Scahill
3008

1  A.  Sometimes, yes.
2  Q.  And then they would be executed after they were planned at
3  those meetings, wouldn't they, Mr. Taylor?
4  A.  It depend on what I was allowed to know.  I wasn't a
5  ranking member.  I was just a member.
6  Q.  You were just a member who would follow orders from your
7  superiors in the Vice Lord organization, right?
8  A.  Sometimes, but I was combative.  I was kind of like --
9  didn't follow the rules.
10 Q.  Well, let's talk about that.  You know what a gang
11 violation is, don't you, Mr. Taylor?
12 A.  Yes.
13 Q.  That's a punishment that a Vice Lord member can get for not
14 following the rules of the gang, right?
15 A.  Correct.
16 Q.  And punishments that you could get would range from
17 monetary fines to actually getting physically beaten by other
18 gang members, right?
19 A.  Correct.
20 Q.  And violations could happen at meetings, but they could
21 also happen randomly in other place, isn't that true?
22 A.  Correct.
23 Q.  And prior to November of 1992, you had been subjected to
24 violations by the Traveling Vice Lords, correct?
25 A.  Correct.