# EXHIBIT F

# MICHAEL WELNER, M.D.

**The Forensic Panel**
224 West 30th Street, Suite 806
New York, New York 10001
Tel: (212) 535-9286
Fax: (212) 535-3259
Email: drwelner@forensicpanel.com

## BOARD CERTIFICATION

| | |
|---|---|
| *Diplomate*, Psychiatry, American Board of Psychiatry and Neurology | 1993 |
| *Diplomate*, Forensic Psychiatry, American Board of Psychiatry and Neurology | 1996 |
|     Recertification | 2006 |
|     Recertification | 2017 |
| *Diplomate*, Disaster Medicine, American Board of Disaster Medicine | 2007 |
| *Certified*, Advanced Clinical Psychopharmacology, American Society of Clinical Psychopharmacology | 2003 |
|     Recertification | 2007 |

## EXPERIENCE

**The Forensic Panel, New York, NY** — 1998-present
*Chairman*
- Peer-reviewed forensic consultation practice
- Forensic case consultation, establishing quality and ethical standards in forensic analysis and report writing and trial preparation, peer-review of colleagues
- Internship Supervisor - New York University, Harvard University, Columbia University, Cornell University, John Jay College, University of Florida, George Washington University, American U. of Rome, Freie University (Berlin), others

**Mount Sinai School of Medicine** — 2016-present
*Clinical Professor of Psychiatry*
- Supervise elective for Beth Israel Medical Center PGY-4
- Lectures on forensic psychiatry to PGY 3-4
- Research supervision of Ph.D. candidate psychology students

**New York State Supreme Court** — 1995-present
- Panel of "Highly Qualified Independent Psychiatrists"

**New York University School of Medicine, Department of Psychiatry, New York, NY** — 1995-2010
- Teach psychopharmacology, forensic psychiatry
- Guest discussant for case conferences at affiliated hospitals

**Lenox Hill Hospital, New York, NY** — 1995-2001
*Attending Physician*, Consultation Psychiatry Service
- Consultation to medical units on psychiatric care and forensic psychiatric issues
*Executive Committee*, Department of Psychiatry (1997-1999)

**Private Practice, New York, NY** — 1992-present
- Pharmacologic and psychotherapeutic treatment of adults
- Civil and criminal forensic psychiatry


EXHIBIT
Welner Dep. Ex.
1
5/17/18

*Michael Welner, M.D.*
**The Forensic Panel**

Page 2 of 27

## EXPERIENCE CONTINUED...

ABC News, New York, NY          2007, 2010-2011
- Commentator to GMA, 20/20, World News and to ABCNews.com
- Counsel to Law and Justice Unit on forensic sciences coverage

Welner Enabled, New York, NY          2003-2006
*President*
- Medical examination products for disabled and infirm

The Forensic Echo, New York, NY          1996-2000
- *Publisher, Editor-In-Chief* (monthly journal of law, psychiatry and public policy)
- Legal case review & commentary, writing news stories, medical editing

New York Medical College, New York, NY          1997-1999
*Adjunct Assistant Professor of Psychiatry*
- Consulting on the building of forensic program

Bellevue Hospital, New York, NY          1992-1997
*Attending Physician, Forensic Psychiatry Service* (1992-95)
- Inpatient care of inmates in the New York City and State correctional systems
- Psychiatric consultation to medical corrections units
Coordinator, Competency Evaluation Services (1993-94)
- Independent examination & testimony in hospital medication grievance hearings
- Evaluations of defendants' fitness to proceed to trial for Manhattan, Brooklyn, and Bronx courts in particularly complex cases

New York Comprehensive Care Center, New York, NY          1992-1994
*Clinical Director, Psychiatric Evaluation and Treatment Services*
- Evaluation and treatment of patients presenting in criminal and civil (including tort, workers' compensation, and no fault) proceedings

Booth Memorial Medical Center, Queens, NY          1991-1992
- Emergency and consultation psychiatry, crisis intervention
- Monitoring of medications for outpatients

Regent Hospital, New York, NY          1991-1992
- Adolescent psychiatry
- Crisis intervention and intake

## FUNDED RESEARCH

Standardizing Forensic-Legal Definitions of Depraved Crimes. MHS, Inc. Principal Investigator    2001-2005

Suspect Vulnerabilities, Interrogation Conditions & Suspect-Interrogator Dynamics that Contribute to False Confessions. Grant from George Washington University. Co-Investigator    2004-2005

## PROFESSIONAL HONORS

Consultant, H.R. 3717 & 2646, Helping Families in Mental Health Crisis Act, Rep. Tim Murphy    2013-2017

*Michael Welner, M.D.*
The Forensic Panel

## PROFESSIONAL HONORS (CONT'D)

| | |
|---|---:|
| Contributor, Virginia & Colorado, videotaping assessment legislation | 2015-2017 |
| Annual Dinner Awardee, Hillel Academy of Pittsburgh | 2016 |
| Tikkun Olam Award, Haiti Jewish Refugee Legacy Project | 2014 |
| Contributor, Illinois State Senate, juvenile competency assessment legislation | 2013-2014 |
| *Fellow,* American Academy of Forensic Sciences | 2010 |
| *Editorial Board,* Journal of Forensic & Legal Medicine | 2012-present |
| *Editorial Board,* International Journal of Criminal and Community Justice | 2013-present |
| *Vice Chairman, Board of Directors,* Nebraska Institute of Forensic Sciences | 2007-present |
| *Adjunct Professor,* Lagos State University School of Medicine, Lagos Nigeria | 2007-present |
| *Editorial Board,* Journal of Practicing Forensic Psychology | 1998-present |
| *Advisory Board,* Duquesne University School of Law Institute of Forensic Sciences | 1998-2012 |
| *Editorial Board,* Forensic Science, Medicine, & Pathology | 2004-2012 |
| *Visiting Professor,* Johnson & Wales University, Miami, FL | 2011 |
| *Board Member, Disaster Medicine,* American Association of Physician Specialists | 2005-2012 |
| *Board of Directors,* The Annapolis Center for Science-Based Public Policy | 2004-2008 |
| *Working Group, Serial Murder,* Federal Bureau of Investigation | 2004-2006 |
| *Editorial Board of Advisors,* Encyclopedia of Forensic & Legal Medicine, Academic Press | 2002-2006 |
| *Contributor,* Legislation on Capital Eligibility & Retardation States of Pennsylvania, Texas | 2002-2004 |
| *National Advisory Board,* Albany State U. Program in Forensic Sciences | 2002-2004 |
| *Associate Editor,* Practical Reviews in Forensic Medicine and Sciences, Educational Reviews Inc. | 1998-2004 |
| *Board of Directors,* Association of Law & Medical Investigative Experts | 2000-2002 |
| *Physician Advisory Board,* Professional Solutions | 1999-2001 |
| *Fellow,* American College of Forensic Examiners | 1998-2004 |
| *Excellence in Medical Student Education Award,* American Psychiatric Association | 1997 |

## PRESENTATIONS

| | |
|---|---:|
| Grand Rounds, Beth Israel Medical Center, New York, NY | Dec 2017 |
| "Investment and the Vulnerable Elder: A Forensic Primer for Clinicians & Social Services" | |
| | |
| Beth Israel Medical Center, New York, NY | Apr 2017 |
| "Forensic Psychiatry in Practice" | |
| | |
| Beth Israel Medical Center, New York, NY | Apr 2017 |
| "Forensic Psychiatry and the Assessment of Legal Insanity" | |
| | |
| Beth Israel Medical Center, New York, NY | Mar 2017 |
| "Forensic Psychiatry in Death Investigation" | |
| | |
| Grand Rounds, Beth Israel Medical Center, New York, NY | Dec 2016 |
| "Mental Illness vs. Zealotry: Social Media in Psychiatric Assessment of Terrorism" | |
| | |
| Wecht Institute Annual Forensic Science Conference, Pittsburgh, PA | Oct 2016 |
| "Investor Competency, the Vulnerable Elder & Adapting Forensic Psychiatry to Resolving Mystery" | |
| | |
| Grand Rounds, Brookdale Hospital, Brooklyn, NY | Oct 2016 |
| "Learning from Mass Killers: Risk Appraisal and Cutting the Fuse" | |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 4 of 27

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Eyes Only Counterterror Conference, Shurat Hadin, New York, NY<br>"Mental Illness vs. Zealotry: Social Media in Psychiatric Assessment of Terrorism" | Sep 2016 |
| One to One Global Forum, New York, NY<br>'Diminishing Everyday Evil: Two Steps Everyone Can Take" | Jun 2016 |
| Beth Israel Medical Center, New York, NY<br>"'Forensic Psychiatry in Practice" | Apr 2016 |
| Beth Israel Medical Center, New York, NY<br>"Forensic Psychiatry and the Assessment of Legal Insanity" | Apr 2016 |
| Beth Israel Medical Center, New York, NY<br>"Forensic Psychiatry in Death Investigation" | Mar 2016 |
| Grand Rounds, Beth Israel Medical Center, New York, NY<br>"Learning from Mass Killers: Risk Appraisal and Cutting the Fuse" | Nov 2015 |
| TEDx, Conference, Truth be Told, Cape May, New Jersey, NY<br>"What is Everyday Evil? Identify, Treat, Eliminate" | Oct 2015 |
| Society of Professional Investigators, New York, NY<br>"Psychiatric Investigation of the Mass Killing: Informing Legal and Societal Questions | Jul 2015 |
| Virginia State Assembly, Richmond, VA<br>"Transparency & Videotaping: Fairness in Forensic Psychiatric Assessment" | Jul 2015 |
| Beth Israel Medical Center, New York, NY<br>"'Forensic Psychiatry in Practice" | May 2015 |
| Beth Israel Medical Center, New York, NY<br>"Forensic Psychiatry and the Assessment of Legal Insanity" | May 2015 |
| American Academy of Forensic Sciences, Annual Meeting, Orlando, FL<br>'Psychiatry and Toxicology: Psychological Autopsy & Assessment of Motive' | Feb 2015 |
| American Academy of Forensic Sciences, Annual Meeting, Orlando, FL<br>'Fetal Abduction by Maternal Evisceration" | Feb 2015 |
| New York Office of the County Medical Examiner, Grand Rounds, New York, NY<br>'Forensic Psychiatry in Death Investigation: Psychological Autopsy & Assessment of Motive' | Oct 2014 |
| Beth Israel Medical Center, New York, NY<br>'Forensic Psychiatry in Death Investigation' | Jun 2014 |
| U.S. House of Representatives, Energy & Commerce Committee, Washington, DC<br>'Crisis and the Treatment of Serious Mental Illness in America: Isla Vista Lessons' | May 2014 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 5 of 27

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Illinois House of Representatives, Judiciary Committee, Springfield, IL<br>      'Transparency of the Forensic Interview: Essential to Competency Assessment' | Apr 2014 |
| U.S. House of Representatives, Energy & Commerce Committee, Washington, DC<br>      'Crisis Psychiatry and the 'Helping Families in Mental Health Crisis Act' | Apr 2014 |
| Beth Israel Medical Center, New York, NY<br>      "The Insanity Defendant; Answers in the Unexplained' | Feb 2014 |
| Idaho District Attorney's Association, Annual Conference, Boise, ID<br>      'Forensic Psychiatry and its Case Practice' | Feb 2014 |
| Alabama District Attorney's Association, Annual Conference, Birmingham, AL<br>      'Forensic Psychiatry and its Case Practice' | Jan 2014 |
| Colorado District Attorney's Conference, Annual Conference, Breckenridge, CO<br>      'Grinding Cases to a Competency Halt' | Sep 2013 |
| Colorado District Attorney's Conference, Annual Conference, Breckenridge, CO<br>      'Forensic Psychiatry at Trial' | Sep 2013 |
| Oklahoma District Attorney's Conference, Annual Conference, Norman, OK<br>      'Grinding Cases to a Competency Halt' | Jul 2013 |
| Oklahoma District Attorney's Conference, Annual Conference, Norman, OK<br>      'Forensic Psychiatry at Trial' | Jul 2013 |
| Missouri Crime Victims' Conference, Annual Conference, Springfield, MO<br>      'Forensic Psychiatry at Trial' | May 2013 |
| Missouri Crime Victims' Conference, Annual Conference, Springfield, MO<br>      'Forensic Psychiatry in Case Investigation' | May 2013 |
| U.S. House of Representatives, Energy and Commerce Committee, Washington, DC<br>      'After Newtown: A National Conversation on Violence and Severe Mental Illness' | Mar 2013 |
| National Association of Prosecutor Coordinators, Nashville, TN<br>      'Grinding Cases to a Competency Halt' | Dec 2012 |
| Post Combat Problems in the 21st Century, Duquesne U. School of Law, Pittsburgh, PA<br>      'Forensic Frontiers of Returning Veterans' | Oct 2012 |
| Louisiana District Attorney's Association, Annual Conference<br>      "'Forensic Psychiatry and its Case Practice' | Aug 2012 |
| Lead America Law and Justice Conference, New York, NY<br>      'Defining Evil in Crime' | Jul 2012 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 6 of 27

### PRESENTATIONS CONTINUED…

| | |
|---|---|
| Illinois States Attorney's Appellate Prosecutor, Violent Crimes Conference, Naperville, IL<br>   '"Forensic Psychiatry and its Case Practice' | Apr 2012 |
| Illinois States Attorney's Appellate Prosecutor, Violent Crimes Conference, Naperville, IL<br>   'Grinding Cases to a Competency Halt' | Apr 2012 |
| Illinois States Attorney's Appellate Prosecutor, Violent Crimes Conference, Naperville, IL<br>   'The Science and "Science" of Confession Expertise' | Apr 2012 |
| Beth Israel Medical Center, New York, NY<br>   "The Insanity Defendant; Answers in the Unexplained' | Feb 2012 |
| New York City Bar Association, New York, NY<br>   'Meeting the Challenges of Forensic Promise: Beyond the NAS Report & Leahy Bill' | Jan 2012 |
| Annual Forensic Sciences Conference, Duquesne University School of Law, Pittsburgh, PA<br>   'Polygamous Sect Leaders and the Psychology of Exploitation' | Oct 2011 |
| American Bar Association, Annual Meeting, Toronto, ON<br>   'The Future of Mind Science' | Aug 2011 |
| American Bar Association, Annual Meeting, Toronto, ON<br>   Panel Discussion: 'Bioterrorism, Bioethics, and Intellectual Property on Trial' | Aug 2011 |
| Beth Israel Medical Center, Grand Rounds, New York, NY<br>   'Elizabeth Smart's Kidnapper: An Incredible, Cautionary Journey of Forensics, Culture, & Ethics" | Apr 2011 |
| Johnson & Wales University, Annual Criminal Justice Conference, Miami, FL<br>   'Defining Evil & the Depravity Standard' | Mar 2011 |
| Johnson & Wales University, Annual Criminal Justice Conference, Miami, FL<br>   "Detoxifying Evil in the Everyday' | Mar 2011 |
| American Academy of Forensic Sciences, Annual Meeting, Chicago, IL<br>   'Risk Assessment in the Guantanamo Detainee: Challenges and a Methodological Approach' | Feb 2011 |
| American Academy of Forensic Sciences, Annual Meeting, Chicago, IL<br>   Special Session: 'Relevant, Reliable & Valid Forensic Science in Case Analysis' | Feb 2011 |
| Manhattan Psychiatric Center, Grand Rounds, New York, NY<br>   "Detoxifying Evil in Clinical Psychiatric Practice" | Feb 2011 |
| Rockland Psychiatric Center, Grand Rounds, Orangeburg, NY<br>   "Detoxifying Evil in Clinical Psychiatric Practice" | Jan 2011 |
| N.Y. State Justice Task Force Subcommittee on Statements of the Accused, New York, NY<br>   'Wrongful Convictions and Confessions – Myths, Facts, and Solutions' | Jan 2011 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 7 of 27

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>    "Forensic and Justice Issues in American Polygamous Sects and Rejectionist Groups" | Feb 2010 |
| Yale University School of Law, New Haven, CT<br>    'Seeing Life Through Death: Lessons from Forensic Psychiatry' | Apr 2009 |
| Society of Professional Investigators, New York, NY<br>    'When Forensic Psychiatry Meets Case Investigation: How We Practice' | Sep 2008 |
| International Academy of Forensic Sciences, Annual Meeting, New Orleans, LA<br>    'Current & Unresolved: Ethical Challenges Confronting Forensic Psychiatry' | Jul 2008 |
| Where Fact Meets Fiction, Duquesne University School of Law, Pittsburgh, PA<br>    'Scientific Consulting for the News' | Apr 2008 |
| Where Fact Meets Fiction, Duquesne University School of Law, Pittsburgh, PA<br>    'Panel: Forensic Science and the News: Opportunities and Limitations' | Apr 2008 |
| Nebraska Institute of Forensic Sciences, Annual Conference, Lincoln, NE<br>    'Lessons in Psychiatric Resilience from Foreign Disasters' | Oct 2007 |
| War, Terror, and Psychology, Yeshiva University, New York, NY<br>    'Defining Evil, the Depravity Standard, & War Crimes' | Jun 2007 |
| Preserving Evidence, Saving Lines, Duquesne University School of Law, Pittsburgh, PA<br>    'Lessons in Psychiatric Resilience from Foreign Disasters' | Mar 2007 |
| American Academy of Forensic Sciences, Annual Meeting, San Antonio, TX<br>    'Unresolved: Psychiatry Ethical Dilemmas, Current and Coming' | Feb 2007 |
| American Academy of Forensic Sciences, Annual Meeting, San Antonio, TX<br>    'Antidepressant (SSRI) Defenses: Guidelines for Assessment' | Feb 2007 |
| And Justice for All, Duquesne University School of Law, Pittsburgh, PA<br>    'Forensic Psychiatric Peer-Review in Action: Capital Mitigation' | Apr 2006 |
| And Justice for All, Duquesne University School of Law, Pittsburgh, PA<br>    'Panel: Regulating Admissibility under FRE and *Daubert*' | Apr 2006 |
| California District Attorney's Association, San Luis Obispo, CA<br>    'Mental Health and Capital Mitigation: Present, Future, and Delusional' | Mar 2006 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>    'Interdisciplinary Forensic Peer-Review in Action: Death Investigation' | Feb 2006 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>    'International Perspectives on What is a Depraved Crime' | Feb 2006 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 8 of 27

### PRESENTATIONS CONTINUED...

| | |
|---|---|
| Association of Government Attorneys in Capital Litigation, Washington, DC<br>'Truth, Fiction, and Nuance of Brain Damage and Retardation Defenses' | Jul 2005 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Forensic Psychiatry and Psychology: Practice and Ethics' | Mar 2005 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Forensic Interviewing and Police Interrogation: Learning from the Other' | Mar 2005 |
| Grand Rounds, Cooper Hospital, Camden, NJ<br>'Psychopathy, Media, and the Psychology at the Root of Terror' | Nov 2004 |
| Duquesne University School of Law, Pittsburgh, PA<br>'The Insanity Defendant: Answers in the Unexplained' | Oct 2004 |
| Tracking Terrorism in the 21st Century, Wecht Institute of Forensic Sciences Pittsburgh, PA<br>'Psychopathy, Media, and the Psychology at the Root of Terror' | Oct 2004 |
| Annual Training Retreat, New York Prosecutors Training Institute, Syracuse, New York<br>'The Capital Defendant as Portrayed by Psychiatry' | Jul 2004 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Ethics and the Forensic Examination' | Jun 2004 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Forensic Psychiatry – A Range of Responsibilities' | Jun 2004 |
| Distinguished Lecturer in Legal Medicine, American College of Legal Medicine, Las Vegas, NV<br>'Death Investigation and Medical Malpractice' | Mar 2004 |
| United States Military Academy, Brooklyn, NY<br>'Forensic Psychiatry Consultation in Criminal Cases – Ethics and Practice' | Mar 2004 |
| Invited Testimony, New York State Assembly, New York, NY<br>'Psychiatric Impact of Violent Video Games' | Dec 2003 |
| Symposium on JFK Assassination, Duquesne Law School, Pittsburgh, PA<br>'Forensic Psychiatry's Importance in Resolving the Assassination Mystery' | Nov 2003 |
| Grand Rounds, Robert Wood Johnson Medical Center, Camden, NJ<br>'The Depravity Scale: Civil and Patient Care Implications of Researching Evil' | Nov 2003 |
| North Carolina Homicide Investigator's Association, Atlantic Beach, NC<br>'False Confessions: Lessons for Homicide Investigators' | Oct 2003 |
| Keynote Address, North Carolina Homicide Investigator's Association, Atlantic Beach, NC<br>'The Depravity Scale: How Investigations Impact on the Legal Determination of Depravity' | Oct 2003 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 9 of 27

## PRESENTATIONS CONTINUED...

| | |
|---|---|
| Nebraska Institute of Forensic Sciences, Lincoln, Nebraska<br>'False Confessions & DNA Exonerations: Research, and Realities' | Jun 2003 |
| Keynote Address, Reigning in the Forensic Sciences Revolution, Lincoln, Nebraska<br>'The Depravity Scale: Standardizing Evil, Legal & Investigative Ramifications' | Jun 2003 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Ethics and the Forensic Examination: Confronting Dilemmas' | Jun 2003 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Forensic Psychiatry and Psychology: Civil and Criminal Roles' | Jun 2003 |
| American Psychiatric Association, Annual Meeting, San Francisco, CA<br>'Evil Beyond Crime: Civil Assessment and the Clinical Reckoning of Evil' | May 2003 |
| American Psychiatric Association, Annual Meeting, San Francisco, CA<br>'Frontiers in Standardizing the Definition of Evil in Criminal Law' | May 2003 |
| Kirby Forensic Psychiatric Center, Grand Rounds, New York NY<br>'Sorting Out the Female Defendant: Clinical & Forensic Considerations' | Mar 2003 |
| Duquesne University School of Law, Alumni Reunion Lecture, New York, NY<br>'Assessing Competency to Invest' | Mar 2003 |
| Ontario Psychological Association, Keynote Address, Toronto, Ontario, Canada<br>'The Mental Health Professional in the Press' | Feb 2003 |
| Association of the Bar of the City of New York, New York, NY<br>'The Psychiatric Assessment in ADA and FMLA Cases' | Feb 2003 |
| American Academy of Forensic Sciences, Annual Meeting, Chicago, IL<br>'Disputed Confessions: Guidelines for Assessment' | Feb 2003 |
| American Academy of Forensic Sciences, Annual Meeting, Chicago, IL<br>'Assessing Families and Victims of Terror in Personal Injury Cases' | Feb 2003 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>'Is There Evil Beyond Crime? Refining Criminal and Civil Definitions of Depravity' | Feb 2003 |
| Conference on Death Penalty & Law, John Jay College of Criminal Justice<br>'The Depravity Scale: A Quest for Fairness | Nov 2002 |
| Conference on Domestic Violence & Child Issues, Duquesne U. School of Law, Pittsburgh, PA<br>'Battered Woman vs. Antisocial Personality' | Nov 2002 |
| Manhattan Psychiatric Center, Grand Rounds, New York, NY<br>'The Role of Psychiatry and Research to Define Evil' | Oct 2002 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 10 of 27

### PRESENTATIONS CONTINUED…

| | |
|---|---|
| Duquesne University School of Law, Pittsburgh, PA<br>    'Ethics and the Forensic Examination' | Jul 2002 |
| Duquesne University School of Law, Pittsburgh, PA<br>    'Assessing Psychiatric Malpractice and Emotional Distress' | Jul 2002 |
| New England Consortium of Public Employment Labor Boards, Waterville, NH<br>    'ADA and Emotional Distress After Mass Casualty Disasters' | Jul 2002 |
| Holland & Knight, New York, NY<br>    'Emotional Distress Claims: Working With the Forensic Psychiatrist' | Jun 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>    'Dilemmas in Defining Evil in Criminal Law' | May 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>    'Medication Defenses: Guidelines for Assessment' | May 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>    'The Depravity Scale: Toward a Standardized Definition' | May 2002 |
| American Psychiatric Association, Annual Meeting, Philadelphia, PA<br>    'Sadism and Forensic Psychiatry' | May 2002 |
| Middletown Psychiatric Center, Grand Rounds, Middletown, NY<br>    'Mentally Retarded Sex Offenders: Forensic & Treatment Insights' | May 2002 |
| Society of Medical Jurisprudence, Judiciary Committee, New York, NY<br>    'Defining Evil Through Forensic Science' | Apr 2002 |
| Tulane University School of Medicine, Chester Scrignar Mem. Lecture, New Orleans, LA<br>    'The Depravity Scale: Can Psychiatry Define Evil?' | Apr 2002 |
| Pennsylvania State Senate, Judiciary Committee, Harrisburg, PA<br>    'Retardation and the Death Penalty: Special Considerations' | Mar 2002 |
| Association of the Bar of the City of New York, New York, NY<br>    'Working With Psychiatrists in Resolving ADA Cases' | Feb 2002 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>    'Medication Defenses: Guidelines for Assessment' | Feb 2002 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>    'Medication Defenses: Myths & Facts' | Feb 2002 |
| American Academy of Forensic Sciences, Annual Meeting, Atlanta, GA<br>    'Toward a Standardized Legal Definition of Evil' | Feb 2002 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 11 of 27

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| Association of the Bar of the City of New York, New York, NY<br>'Americans with Disabilities Act and September 11' | Jan 2002 |
| Industrial Relations Research Association, New York, NY<br>'Post-Traumatic Stress and 9/11: Employment Law Implications' | Dec 2001 |
| Duquesne University School of Law, Pittsburgh, PA<br>'Psychiatric Consultation in Capital Cases' | Nov 2001 |
| New Jersey Prosecutors Association, Monmouth, NJ<br>'Peer-Review in Capital Cases: Steven Fortin' | Nov 2001 |
| New York Prosecutors Training Institute, Advanced College, Syracuse, NY<br>'Retardation Issues in Capital Cases' | Aug 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'The Depravity Scale: Development and Potential' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'How Psychiatry Has Defined Evil' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Psychosis and Mass Homicide' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Drug-Facilitated Sex Assault' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Black Rage: Myths and Realities' | May 2001 |
| American Psychiatric Association, Annual Meeting, New Orleans, LA<br>'Ethnic Rage: Guidelines for Forensic Assessment' | May 2001 |
| American Bar Association, Criminal Law Division, Albuquerque, NM<br>"Daubert & Expert Testimony: Peer Review & The Forensic Panel" | Apr 2001 |
| American Bar Association, Criminal Law Division, Albuquerque, NM<br>"Daubert & Expert Testimony: Why Peer Review is Needed" | Apr 2001 |
| Duquesne University School of Law, Pittsburgh, PA<br>"The Depravity Scale: Current Research" | Mar 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'The Drug-Facilitated Sex Assaulter' | Feb 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'Subtypes of Drug-facilitated Sex Assault and Paraphilias' | Feb 2001 |

*Michael Weiner, M.D.*
**The Forensic Panel**

Page 12 of 27

### PRESENTATIONS CONTINUED...

| | |
|---|---|
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'Fun with Diagnosis: Tricks of the Trained' | Feb 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'Diagnosis for the Capital Defender' | Feb 2001 |
| American Academy of Forensic Sciences, Annual Meeting, Seattle, WA<br>'A Stab at Insanity: Reading Mental States from Knife Wounds' | Feb 2001 |
| New York Prosecutors Training Institute, Grand Rounds, West Point, NY<br>'Working with and Opposing Psychiatrists in Capital Cases' | Feb 2001 |
| Rockland Psychiatric Center, Grand Rounds, Orangeburg, NY<br>'Black Rage: Clinical and Forensic Applications' | Nov 2000 |
| Duquesne University School of Law, Forensic Science & the Law, Pittsburgh, PA<br>'Forensic Psychiatry: Assisting Tomorrow's Court' | Oct 2000 |
| American College of Forensic Examiners, Annual Meeting, Las Vegas, NV<br>'Distinguishing the Drug-Facilitated Rapist' | Oct 2000 |
| Cabrini Medical Center, Grand Rounds, New York, NY<br>'Black Rage, White Supremacists, and Psychiatry' | Sep 2000 |
| New York State Bar Association, Transatlantic Conference in Employment Law, Dublin, Ireland<br>'The Industrial Psychopath' | Jul 2000 |
| Lenox Hill Hospital, Inpatient Case Conference, New York, NY<br>'Cross-Cultural Issues in Domestic Violence" | Jul 2000 |
| American Society of Clinical Psychopharmacology, Annual Conference, San Juan, PR<br>'Treatment of Violence – State of the Art' | Feb 2000 |
| Mid-Hudson Psychiatric Center, Grand Rounds, Middletown, NY<br>'Parents Killing Children: SIDS, Filicide and Beyond' | Jan 2000 |
| Lenox Hill Hospital, Inpatient Case Conference, New York, NY<br>'Managing the Complex Anxiety Patient' | May 1999 |
| Cutting Edge Collaborations In Sexual Assault, CLE Conference, Brooklyn, NY<br>'Sex Offender Prognosis and Its Evaluation' | Apr 1999 |
| Duquesne University School of Law, Distinguished Lecturer Series, Pittsburgh, PA<br>'Psychiatric-Legal Frontiers in Female Criminality' | Apr 1999 |
| Fordham University School of Law, New York, NY<br>'Peer-Review, Ethics and the Future of Forensic Consultation' | Mar 1999 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 13 of 27

### PRESENTATIONS CONTINUED…

| | |
|---|---|
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Crime Scene Analysis' | Mar 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Psychological Autopsy for Civil Courts' | Mar 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Recent Scientific Advances in Forensic Psychiatry' | Mar 1999 |
| The Osler Institute, Forensic Psychiatry Board Review Program, Chicago, IL<br>'Psychiatry and the Death Penalty' | Mar 1999 |
| Lenox Hill Hospital, Grand Rounds, New York, NY<br>'Neonaticide & Other Frontiers of Female Antisocial Behavior' | Mar 1999 |
| Kings County District Attorney's Office, Brooklyn, NY<br>'The Criminal Responsibility Evaluation' | Feb 1999 |
| Mid-Hudson Psychiatric Center, Grand Rounds, Middletown, NY<br>'Scientific Advances in Female Antisocial Behavior' | Jan 1999 |
| Fordham University School of Law, New York, NY<br>'The Insanity Defense: What, Why & Who' | Nov 1998 |
| Society for Liaison Psychiatry, Distinguished Lecturer Series, New York, NY<br>'Hospital Consultation and Recent Court Decisions' | Oct 1998 |
| National College of District Attorneys, Colorado Springs, CO<br>'How to Work With or Against a Forensic Psychiatrist' | Sep 1998 |
| American Psychiatric Association, Annual Meeting, Toronto, Canada<br>'Forensic Developments in the New Era of Prescribing' | May 1998 |
| Duquesne University School of Law, Pittsburgh, PA<br>'A Psychiatric Standard of Evil' | Mar 1998 |
| Allegheny County District Attorney's Office, Pittsburgh, PA<br>'Psychiatric Clues To Solving Sex Homicide' | Mar 1998 |
| Lenox Hill Hospital, Inpatient Case Conference, New York, NY<br>'Evaluation and Treatment of Sex Offenders' | Jan 1998 |
| Institute for Psychiatric Services, Annual Meeting, Washington, DC<br>'Medical Treatment of the Repeatedly Violent' | Oct 1997 |
| Mid-Hudson Psychiatric Center, Grand Rounds, Middletown, NY<br>'Recent Advances In Forensic Hospital Practice' | Sep 1997 |

*Michael Welner, M.D.*
**The Forensic Panel**

Page 14 of 27

## PRESENTATIONS CONTINUED…

| | |
|---|---|
| American Psychiatric Association, Annual Meeting, San Diego, CA<br>'Medical Treatment of the Repeatedly Violent' | May 1997 |
| Rockland Psychiatric Center, Grand Rounds, Orangeburg, NY<br>'Legal Trends In Hospital Based Psychiatric Care' | Apr 1997 |
| Association of Law, Medical, & Investigative Experts, New York, NY<br>'Collaborating With Other Forensic Disciplines' | Mar 1997 |
| Alliance of Mentally Ill, 'Ask the Doctor', New York, NY<br>'Diagnosis and Treatment of Bipolar Disorder' | Mar 1997 |
| American Academy of Psychiatry and the Law, Annual Meeting, San Juan, PR<br>'Medical Treatment of the Repeatedly Violent' | Oct 1996 |
| American Psychiatric Association, Annual Meeting, New York, NY<br>'Psychosurgery in the Refractory Violent: A Debate' | May 1996 |
| Beth Israel Medical Center, Psychopharmacology Series, New York, NY<br>'Practical treatment of mood disorders with co-morbid conditions' | Nov 1995 |
| United We Stand America, National Policy Conference, Dallas, TX<br>'Health Care Reform: Consumer Privilege and Responsibility' | Aug 1995 |
| Hate Crimes Language Conference, International Center for the Disabled, New York, NY<br>'Defining Bias Crimes Against the Mentally Ill' | Jul 1995 |
| New York State Senate Commission On the Mentally Ill, New York, NY<br>'Expert testimony reviewing commitment criteria' | Oct 1993 |
| Beth Israel Medical Center, Grand Rounds, New York, NY<br>'Pharmacotherapy for the Habitually Violent' | May 1992 |

## PUBLICATIONS

"The Depravity Standard III: Validating an Evidence-based Guide" Welner M, O' Malley K, Gonidakis J, Saxena A, Stewart J *Journal of Criminal Justice* Jan-Feb 2018 (in print)

"The Depravity Standard II: Developing a Measure of the Worst of Crimes" Welner M, O' Malley K, Gonidakis J, Saxena A, Burnes J *Journal of Criminal Justice* Jan-Feb 2018 (in print)

"The Depravity Standard I: An Introduction" Welner M, O' Malley K, Gonidakis J, Tellalian R, *Journal of Criminal Justice* Jan-Feb 2018 (in print)

"Forensic Challenges in Medical Settings for Physicians and Neuropsychologists" Marcopulos B, Welner M, Campbell K In: Sanders K Physician's Field Guide to Neuropsychology: Collaboration Through Case Example Springer (in print)

*Michael Welner, M.D.*
The Forensic Panel

Page 15 of 27

### PUBLICATIONS CONTINUED…

"Apportioning Culpability in Multiple Perpetrator Acts of Terrorism" O' Malley K, Seward J, Welner M, *Arab Journal of Forensic Sciences & Forensic Medicine* (in print)

"Drug-Facilitated Sex Assault" Welner M, Welner B In: Hazelwood R, Burgess A Practical Aspects of Rape Investigation; A Multidisciplinary Approach 2nd Ed. Taylor & Francis 2016 pp 445-462

"Forensic Psychiatry and Forensic Psychology: Mental Handicap and Learning Disability" (book chapter) Welner, M. In: Payne-James Encyclopedia of Forensic & Legal Medicine, 2nd Edition Vol 2 p 634-658 Oxford: Elsevier 2015

"Gaps in Crisis Mental Health: Suicide and Homicide-Suicides" Caretta C, Burgess A, Welner M *European Psychiatry* 15(30) pp 175-179 2015

"Peer-Reviewed Forensic Consultation in Practice: Multidisciplinary Oversight in Common Expertise" Welner M, Davey E, Bernstein A *Journal of Forensic Sciences* (2014) doi: 10.1111/1556-4029.12470

"Seeking a Better, Fairer Method of Determining Parental Rights" Robinson D, Welner M *Chicago Daily Law Bulletin* December 26, 2013

"Disaster Psychiatry" Welner M, Page J (book chapter) In: Disaster Preparedness for Health Care Facilities Kollek D (ed) © 2013 McGraw-Hill Europe

"Classifying Crimes by Severity: From Aggravators to Depravity" Welner M. In: Douglass J, Ressler R, Burgess A Crime Classification Manual. 3rd Ed. Jossey-Bass 2013 pp 91-109

"Three Steps That Can Upgrade Psychiatric Evidence" Welner M, Robinson D *National Law Journal* January 28, 2013

"Applying Forensic Anthropological Data in Homicide Investigation to The Depravity Standard" Reinhard K, Welner M, Okoye M,, Marotta M, Plank G, Anderson B, Mastellon T *Journal of Forensic and Legal Medicine* 20 (1) p 27-39 January 2013

"Judges can Follow Certain Standards so Evidence Doesn't Mislead" Robinson D, Welner M *Chicago Daily Law Bulletin* October 31, 2012

"Courts Need to Demand Higher Standards from Psychiatric Evidence" Robinson D, Welner M *Chicago Daily Law Bulletin* October 24, 2012

"Courts Face Challenges with Forensic Psychiatry, Psychology Evidence" Robinson D, Welner M *Chicago Daily Law Bulletin* October 17, 2012

"Peer-Reviewed Forensic Consultation: Safeguarding Expert Testimony and Protecting the Uninformed Court" Welner M., Mastellon T, Stewart J, Weinert B, Stratton J. *Jl Forensic Psychology Practice.* 2012 12: pp 1-34

"Pregame analysis of pending NFL litigation" Greiffenstein, M.F., Spector, J., & Welner, M. Law360.com March 2012

*Michael Welner, M.D.*
**The Forensic Panel**

Page 16 of 27

## PUBLICATIONS CONTINUED…

"Mob Violence: A Forensic Psychiatric Perspective on Justice and Prevention" Welner M *Empire State Prosecutor* Fall 2011 pp 12-16

"Defining Evil Through the Depravity Standard and the Clinicians Inventory for the Everyday Extreme and Outrageous (CIEEO)" Welner M., Mastellon T. *Jl Social Sciences*. 1(8) 2011 pp 41-49

"Psychotropic Medications and Crime." (book chapter) Welner M., Lubit R, & Stewart J. In: Mozayani A, Raymon L (ed) Handbook of Drug Interactions: A Clinical and Forensic Guide. Humana London. 2011 pp 791-807

"Antipsychotics Drugs and Interactions: Implications for Criminal and Civil Forensics." (book chapter) Welner, M. Opler L. In: Mozayani A, Raymon L (ed) Handbook of Drug Interactions: A Clinical and Forensic Guide. Humana London. 2011 pp 229-259

"The Depravity Standard: A Call for Large Scale Homicide Research" Welner M, Mastellon T *Empire State Prosecutor* Fall 2010 pp 14-17

"Educator Sexual Abuse: Two Case Reports." Burgess A, Welner M, Willis D *Journal of Child Sexual Abuse* 19: 4, 2010 387-402

"The Justice and Therapeutic Promise of Science-Based Research on Criminal Evil." Welner, M. *Jl Am Acad of Psych and the Law* 37(4) 2010 pp 442 - 449

"Forensic Psychiatry." (book chapter) Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2009.

"Recovered Memory." (book chapter) Greiffenstein, M; Seward, J; Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2009

"Drug-Facilitated Sex Assault" Welner M Welner B In: Hazelwood R Burgess A Practical Aspects of Rape Investigation; A Multidisciplinary Approach Taylor & Francis 2008 pp 445-462

"Neonaticide "Classifying Crimes by Severity: From Aggravators to Depravity" Welner M. In: Douglass J, Ressler R, Burgess A FBI Crime Classification Manual. 2nd Ed. Jossey-Bass 2007 pp 55-72

" Welner M. In: Douglass J, Ressler R, Burgess A FBI Crime Classification Manual. Jossey-Bass 2007 pp 164-169

"Religion-Inspired Homicide" Welner M. In: Douglass J, Ressler R, Burgess A FBI Crime Classification Manual. Jossey-Bass 2007 pp 195-200

"Forensic Psychiatry and Psychology." (book chapter) Welner, M, Ramsland K. In: Wecht C, Rago J. Foundations in Forensic Science and the Law CRC Press London. 2006 99 475-493

"Neuropsychological Testing: Ethical Applications for Law and Public Policy" Seward, J Welner M 2006 *Annapolis Center for Science and Public Policy*

"Mental Handicap and Learning Disability" (book chapter) Welner, M. In: Encyclopedia of Forensic & Legal Medicine, Academic Press. London. 2005 p 388-405

*Michael Welner, M.D.*
**The Forensic Panel**

Page 17 of 27

## PUBLICATIONS CONTINUED...

"The Depravity Standard: A Future Role of Forensic and Behavioral Evidence Analysis" Welner M. In: Petherick, W. The Science of Criminal Profiling, Barnes & Noble. London. 2005 pp 150-152

"The Importance of Deciphering Motives, & How they Differ" Welner, M. Empire State Prosecutor. 2005 2(3) pp24-26

"Child Sex Abuse Accommodation Syndrome" Welner, M. Empire State Prosecutor. 2004 1(3)

"Psychopathy, Media, and the Psychology at the Root of Terrorism" (book chapter) Welner, M. In: Biological and Chemical Warfare Lawyers and Judges Publishing Tucson Az. 2004 pp 385-421

"Motives in Crime." (book chapter) Welner, M. In: Dominick J et al. Crime Scene Investigation Elwin Street London. 2004 pp 126-135

"Competency to Waive *Miranda* & the Grisso Scales" Welner, M. Empire State Prosecutor 2004 1(2) pp 30-32

"Legal Relevance, Psychiatry Realities, and the Methodology for Standardized Distinction of "Heinous" and "Evil" Crimes" Welner M. Jl American Academy of Psychiatry & the Law. 31(4) 2003.

"Hidden Diagnosis and Misleading Testimony in Domestic Violence: How Courts Get Shortchanged" Welner M. Pace Law Review Fall 2003 24(1) 193-209

"Confession Evidence & the Gudjonsson Scales" Welner, M. Empire State Prosecutor 2003 1(1) pp 19, 27-29

"Psychotropic Medications and Crime." (book chapter) Welner, M. In: Mozayani A, Raymon L (ed) Handbook of Drug Interactions: A Clinical and Forensic Guide. Haworth Press. London. 2003. pp 631-645.

"Antipsychotics Drugs and Interactions: Implications for Criminal and Civil Forensics." (book chapter) Welner, M. In: Mozayani A, Raymon L (ed) Handbook of Drug Interactions: A Clinical and Forensic Guide. Haworth Press. London. 2003. pp 187- 215.

"What *Chevron v. Echazabal* Means for Workers in Psychiatric Treatment." Welner, M. New York State Bar Association Labor & Employment Newsletter. Winter 2002 27(4) pp 9-10.

"Recovered Memory." (book chapter) Seward, J; Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2002 pp 32E3-32E32.

"The Perpetrators and Their Modus Operandi." (book chapter) Welner, M. In: LeBeau M, Mozayani A (ed) Drug Facilitated Sexual Assault. Academic Press. London. 2001 pp 39-74.

"Blaming God for (Andrea) Yates." Welner, M. The Forensic Panel Letter. www.forensicpanel.com. March 17, 2002.

"Anxiety Draws Water Guns in Prison." (corrections treatment) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. November 30, 2001.

"The Cult of Al-Qaeda." (brainwashing and Islamic fundamentalism) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. October 16, 2001.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 18 of 27

**PUBLICATIONS CONTINUED...**

Case Commentary: State v. McGann. (examining vulnerability) Welner, M. 30 S.W.3d 540. The Forensic Panel Letter. www.forensicpanel.com. August 20, 2001.

Case Commentary: Phillips v. UPRC. (black rage & workplace) Welner, M. 216 F.3d 703. The Forensic Panel Letter. www.forensicpanel.com. August 1, 2001.

"Lose Brain, Save Life" (fraudulent testing and retardation) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. July 23, 2001.

"Evil's Draw." (researching depravity) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. June 6, 2001.

"Why Ask Why." (testifying on "why") Welner, M. The Forensic Panel Letter. www.forensicpanel.com. April 10, 2001.

"The Other Side of Alternatives." (alternatives to incarceration) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. February 13, 2001.

Case Commentary: State v. Blackstock (confessions & the retarded) Welner, M. 19 S.W.3d 200. The Forensic Panel Letter. www.forensicpanel.com. January 16, 2001.

"As His Work Life Ends, So Ends Life At Work." (workplace mass homicide) Welner, M. The Forensic Panel Letter. www.forensicpanel.com. January 9, 2001.

"Forensic Psychiatry." (book chapter) Welner, M. In: Wecht C., (ed) Forensic Sciences. Matthew Bender. New York. 2000. 32 1-21.

Case Commentary: Johnson v. Norris. (mania & effective counsel) 207 F3d. 515 Welner, M. The Forensic Panel Letter. www.forensicpanel.com. November 27, 2000.

"The Lost Generation." (terrorism, racism & psychiatry) Welner, M. 4(10) The Forensic Panel Letter. www.forensicpanel.com. October 29, 2000.

Case Commentary: Mendenhall v. State. (hypoglycemia & criminal responsibility), 43 F.Sup 2d 1. Welner, M. 4(10) The Forensic Panel Letter. www.forensicpanel.com. October 26, 2000.

Science Review: Suicides vs. Homicides a Tougher Call in Sharp Force Death. Welner, M. 4(10) The Forensic Panel Letter. www.forensicpanel.com. October 16, 2000.

Case Commentary: Guo v. Maricopa Cty. (ADA and physicians), 992 P2d 11; Welner, M. 4(9) The Forensic Panel Letter. www.forensicpanel.com. October 4, 2000.

Case Commentary: Van Tran v. State (competency for execution) 6 S.W.3d 257 Welner, M. 4(9) The Forensic Panel Letter. www.forensicpanel.com. September 27, 2000.

"Protecting Privacy at Workplace Risk" (industrial psychopathy) Welner, M. 4(9) The Forensic Panel Letter. www.forensicpanel.com. Sept 21, 2000.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 19 of 27

## PUBLICATIONS CONTINUED…

Case Commentary: In re Matthew A.B. (juvenile sex offender designation) 605 N.W.2d 598. Welner, M. 4(8) The Forensic Panel Letter. www.forensicpanel.com. July 2000.

"Who's the Boss." (judicial discretion) Welner, M. 4(8) The Forensic Panel Letter. www.forensicpanel.com. July 2000.

Case Commentary: U.S. v. Motto (computer sex addiction) 70 F. Supp 2d 570. Sullivan v. Riv. Vall. (fitness for duty eval ethics) 197 F. 3d 804 Welner, M. 4(7) The Forensic Panel Letter. www.forensicpanel.com. June 2000.

"No Toys This Christmas" (forensic technology) Welner, M. 4(7) The Forensic Panel Letter. www.forensicpanel.com. June 2000.

Case Commentary: Mercer v. Comm. (substance use, antisocial personality, and legal insanity), 523 S.E.2d 213; U.S. v. Pirro & Pirro (white collar crime) 76 F. Supp 2d. 478 Welner, M. 4(6) The Forensic Panel Letter. www.forensicpanel.com. May 2000.

"Chasing Elians." (enforcing parental rights) Welner, M. 4(6) The Forensic Panel Letter. www.forensicpanel.com. May 2000.

Case Commentary: Comm. v. Conaghan. (battered woman synd.), 720 N.E. 2d 48. Baer v. Baer (disability prognosis & alimony) 738 A.2d 923 Welner, M. 4(5) The Forensic Panel Letter. www.forensicpanel.com. April 2000.

"Suicide by Watch" (corrections conditions) Welner, M. 4(5) The Forensic Panel Letter. www.forensicpanel.com April 2000.

Case Commentary: People v. Coulter (Munchhausen-by-Proxy), 697 N.Y.S.2d 498. State v. Gardner (involuntary intoxication) 601 NW.2d 670. U.S. v. Damon 191 F 3d 561 (depression and competency) Welner, M. 4(4) The Forensic Panel Letter. March 2000.

"Parenthood = Criminal Responsibility?" (homicide by children) Welner, M. 4(4) The Forensic Panel Letter. www.forensicpanel.com. March 2000.

Case Commentary: State v. Tenerelli (religion & victimology), 598 N.W.2d 668; DeRosa and Thomas v. Nevada (confrontation clause & experts) 985 P.2d 157. People v. Butler 88. Cal.Rptr.2d 210 Welner, M. 4(3) The Forensic Panel Letter. www.forensicpanel.com. February 2000.

"Dawn of the Techno Defense" (technology's impact on brain & behavior) Welner, M. 4(3) The Forensic Panel Letter. February 2000

Case Commentary: People v. Miller (homosexual panic), 733 A.2d 1286 Welner, M. 4(2) The Forensic Panel Letter. www.forensicpanel.com. January 2000.

"Risk and the Power of Manson" (power, charisma, and dangerousness) Welner, M. 4(2) The Forensic Panel Letter. www.forensicpanel.com January 2000.

Case Commentary: Welner, M. State v. Voorhees (involuntary intoxication), 596 N.W.2d 241 Welner, M. 4(1) The Forensic Panel Letter. December 1999.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 20 of 27

## PUBLICATIONS CONTINUED…

"If Only" (biases and age groups in disposition) Welner, M. 4(1) The Forensic Panel Letter. December 1999.

Case Commentary: Welner, M. State v. Calek (competency of chronic schizophrenics), 48 F. Supp 2d 919, 3(12) The Forensic Panel Letter. November 1999.

"Gag Odor" (psychiatry's relationship with the press) Welner, M. 3(12) The Forensic Panel Letter. 1 November 1999.

"A Stab at Insanity" (interpreting mental state through knife wound patterns) Welner, M. 3(11) The Forensic Panel Letter. 16 October 1999.

"Community Service: Alternative Only?" (sentencing and corrections) Welner, M. 3(11) The Forensic Panel Letter. 1 October 1999.

Case Commentary: Welner, M. State v. Rudisill (competency and head injury), 43 F. Supp 2d 1, 3(11) The Forensic Panel Letter. November 1999.

"Call Me When You Do Remember" (forensic interviewing and credibility) Welner, M. 3(10) The Forensic Panel Letter. 1 September 1999.

Science Review: Welner, M. Criminal Victimization of Persons With Severe Mental Illness, 3(9) The Forensic Panel Letter. August 1999.

"I Should'a Had a V-8" (alcohol and crime) Welner, M. 3(9) The Forensic Panel Letter. 1 August 1999.

Case Commentary: Welner, M. Maine v. Pouillot (fight or flight in violent crime), 726 A. 2d 210; Campbell v. Sikes (response to prisoner agitation), 169 F3d 1353, 3(8) The Forensic Echo. July 1999.

"Sue Me" (mental health treatment of the chronically ill and the incarcerated) Welner, M. 3(8) The Forensic Echo. 1 July 1999.

Case Commentary: Welner, M. Com. v. Crawford (battered woman's confession), 706 N.E. 2d 289, 3(7) The Forensic Echo. June 1999.

"Testing For The Right Stuff" (psychological testing of political candidates) Welner, M. 3(7) The Forensic Echo. 1 June 1999.

Case Commentary: Welner, M. State v. Stevens (death investigation), 970 P.2D. 215 3(6) The Forensic Echo. May 1999.

"Voyeurs Watching Sex Offenders" (sex-offender registration) Welner, M. 3(6) The Forensic Echo. 1 May 1999.

Science Review: Welner, M. Criminal Victimization of Persons With Severe Mental Illness, 3(6) The Forensic Echo. April 1999.

Case Commentary: Welner, M. In the Interest of J.B. (juvenile disposition), 507 SE 2d 874, 3(5) The Forensic Echo. April 1999.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 21 of 27

**PUBLICATIONS CONTINUED...**

"Analyze This? You Analyze This!" (treating intimidating patients) Welner, M. 3(5) The Forensic Echo. 1 April 1999.

Case Commentary: Welner, M. Ford v. State of Arkansas (premeditation and childhood history), 976 SW 2d 915 3(4) The Forensic Echo. Mar 1999.

"Violence and Mental Illness: Quandary or Zealotry?" (homicides by the psychotic) Welner, M. 3(4) The Forensic Echo. 1 March 1999.

Case Commentary: Welner, M. State v. Tenace, (attorney-client communication) 700 N.E.2d 899 3(3) The Forensic Echo. February 1999.

"Where Should Grey Wolves Roam?" (geriatric crime) Welner, M. 3(3) The Forensic Echo. 1 February 1999.

Case Commentary: Welner, M. State v. Israel, (examination of co-conspirators) 963 P.2d 897 3(2) The Forensic Echo. January 1999.

"The Dog Ate My Integrity" (expert disclosure) Welner, M. 3(2) The Forensic Echo. 1 January 1999.

Case Commentary: Welner, M. State v. Vannier, (psychiatric autopsy) 714 So2d 470 3(1) The Forensic Echo. December 1998.

"Calming the Enemy of the State" (law enforcement psychiatry collaboration) Welner, M. 3(1) The Forensic Echo. 1 December 1998.

Case Commentary: Welner, M. Beasley v. State, (movie influence on violence) 502 SE2d 235 2(12) The Forensic Echo. November 1998.

"Mike Tyson's Occupational Therapy" (occupational fitness) Welner, M. 2(12) The Forensic Echo. 1 November 1998.

Case Commentary: Welner, M. State v. Borman, (personality and diminished capacity) 956 P2d 1325 2(11) The Forensic Echo. October 1998.

"A Good Smack" (child allegations of abuse) Welner, M. 2(11) The Forensic Echo. 1 October 1998.

Case Commentary: Welner, M. Reed v. State, (transient neurological conditions) 693 NE2d 988 2(10) The Forensic Echo. September 1998.

"Rethinking Criminal Motherhood" (female psychopathy) Welner, M. 2(10) The Forensic Echo. 1 September 1998.

Case Commentary: Welner, M. Castro v. Ward, (future rehabilitation of capital offender) 138 F.3d 810; State v. Mitts (peculiar crime) 690 N.E. 2d 522; 2(9) The Forensic Echo. August 1998.

"Till Death Do We Part" (families victims of mentally ill) Welner, M. 2(9) The Forensic Echo. 1 August 1998.

Case Commentary: Welner, M. Genius v. State, (voodoo and violence) 986 F.Supp 668; Stewart v. Price (listing expertise) 704 So. 2d 594; 2(8) The Forensic Echo. July 1998.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 22 of 27

## PUBLICATIONS CONTINUED…

"Disarming Junior" (child gun violence) Welner, M. 2(8) The Forensic Echo. 1 July 1998.

Case Commentary: Welner, M. Cobo v. Raba, (AIDS, Depression, & promiscuity) 495 SE 2d 362; US v. Janusz (non-psychotic defects of reason) 986 F Supp 328; 2(7) The Forensic Echo. June 1998.

Gatekeepers For Guardianship" Welner, M. 2(7) The Forensic Echo. 3 June 1998.

"Hospitals After Hendricks" (sex offender commitment) Grinfeld, M., Welner, M. 2(5) The Forensic Echo. 4-8 April 1998.

Case Commentary: Welner, M. Archer v. State, (personality and mitigation) 689 NE 2d 678; Turner v. Jordan (duty to protect in hospital violence) 957 SW 2d 815; 2(6) The Forensic Echo. May 1998.

"Defining Evil: A Depravity Scale for Today's Courts" Welner, M. 2(6) The Forensic Echo. 4-12 May 1998.

"Hire My Patient" (psychiatric vocational rehabilitation) Welner, M. 2(6) The Forensic Echo. 3 May 1998.

Case Commentary: Welner, M. Bronstein v. Supreme Ct. of Colorado, (attorney fitness) 981 F.Supp 1361; Kent v. State (behavior and competency) 702 So. 2d 265; 2(5) The Forensic Echo. April 1998.

"Access All Areas" (due diligence in employment evaluations) Welner, M. 2(5) The Forensic Echo. 3 April 1998.

Case Commentary: Welner, M. People v. Lopez, (Mothers of criminals) 946 P.2d 478; Hobart v. Shin, (Patient contributory negligence) 686 NE.2d 617; Avila v. State (Crime as reflex) 954 SW 2d 830; 2(4) The Forensic Echo. March 1998.

"American Bomber" (criminal profile) Welner, M., Auch, J. 2(4) The Forensic Echo. 4-13 March 1998.

"The Treatment Channel" (inpatient hospital milieu) Welner, M. 2(4) The Forensic Echo. 3 March 1998.

Case Commentary: Welner, M. Beltran v. State, (false confession) 700 So.2d 132; Canipe v. Commonwealth of Va., (road rage) 491 SE.2d 747; Talarico v. Dunlap, (medication induced violence) 685 NE 2d 325; 2(3) The Forensic Echo. February 1998.

"The Seasoning of Medication Defenses" (Psychotropic medication influencing violence) Grinfeld, M., Welner, M. 2(3) The Forensic Echo. 4-10 February 1998.

"Fallen" (political pressures and psychiatric evaluations) Welner, M. 2(3) The Forensic Echo. 3 February 1998.

Case Commentary: Welner, M. Waters v. Rosenbloom, (Valium morbidity) 490 SE.2d 73; Lawrence v. State (cold, cruel, and calculating aggravator) 698 So.2d 1219; People v. Avellanet (arsonist criminal profile) 662 NYS 2d 345; 2(2) The Forensic Echo. January 1998.

"Acquittees Trapped By The Insanity Defense" Welner, M, LaVacca, J.; 2(2) The Forensic Echo. 4-8 January 1998.

"Third World Court" (workers compensation) Welner, M. 2(2) The Forensic Echo. 3 January 1998.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 23 of 27

## PUBLICATIONS CONTINUED…

Case Commentary: Welner, M. Brancaccio v. State, (medication-induced violence)698 So.2d 597; Shannon v. Law-Yone (doctor-patient communication) 950 SW 2d 429; Commonwealth v. Erney unconsciousness and sex consent) 698 A.2d 56; 2(1) The Forensic Echo. December 1997.

"Hired Gun: Does Money Or Bias Taint Your Expert?" Welner, M, Delfs, L.; 2(1) The Forensic Echo. 4-9 December 1997.

"Unabomber's Next Victim-Psychiatry" (professional dilemmas of the case) Welner, M. 2(1) The Forensic Echo. 3 December 1997.

Case Commentary: Welner, M. State v. Holden, 488 SE 2d 514; Rankin v. State of Arkansas (IQ and mitigation) 948 SW 2d 397; People v. Trippet, (medical use of marijuana) 66 Cal. Reptr. 2d 559; People v. Clark, (drugs and intent) 660 NYS 2d 200; Allen v. Montgomery Hospital (patient restraint and malpractice) 696 A 2d 1175; 1(12) The Forensic Echo. November 1997.

"Neonaticide: Immaculate Misconception?" Welner, M, Delfs, L.; 1(12) The Forensic Echo. 4-10 November 1997.

"Grossly Unequal Protection" (mental health malpractice) Welner, M. 1(12) The Forensic Echo. 3 November 1997.

Case Commentary: Welner, M. People v. Mercado, (juror trauma) 659 NYS 2d 453; Mental Health & Retardation v. McClain, (inpatient dangerousness) 947 SW 2d 694; State v. Payne, (urine testing and monitoring) 695 A 2d 529; Bradley v. Medical Board of Ca. (misconceptions and uses of sedatives) 65 Cal Rptr. 2d 1483 1(11) The Forensic Echo. October 1997.

"Rapist In a Glass?" (Rohypnol and other date rape drugs) Welner, M, Delfs, L.; 1(11) The Forensic Echo. 4-10 October 1997.

"Who's Your Psychiatric Proxy?" Welner, M. 1(11) The Forensic Echo. 3 October 1997.

"Principles on Megan's Law" Rosenkranz, J.; Welner, M.; Stone, C.; Smiley, T.; Sigda, E; et al. 52(6) The Record of the Association of the Bar 704. Oct 1997.

"Vincent Gigante's Next Move" (competency assessment) Welner, M, Delfs, L.; 1(10) The Forensic Echo. 4-14 September 1997.

"Put Psychotherapy In Prison" (prisoner treatment) Welner, M. 1(10) The Forensic Echo. 3 September 1997.

Case Commentary: Welner, M. State v. Hopfer, (neonaticide) 679 N.E. 2d 321; McClain v. State (sleep-deprived crime) 678 N.E. 2d 104; State v. Gjerde (elder disposition) 935 P 2d 1224; State v. Bartlett (pro se competency) 935 P2d 1114; 1(10) The Forensic Echo. September 1997.

"Seeing Cunanan For Who He Really Was" (misconceptions about psychopaths) Welner, M. 1(9) The Forensic Psychiatry Echo. 13 August 1997.

*Michael Welner, M.D.*
The Forensic Panel

## PUBLICATIONS CONTINUED...

Case Commentary: Welner, M. Goldstein v. RI Psychiatric Society, (holistic and unconventional treatment recommendations) 692 A. 2d 325; Swanson v. Roman Catholic Bishop (supervisor liability and sexual misconduct) 692 A. 2d 441; People v. Hoffman (pathologists and criminal profiling) 636 NYS 2d 481; Barela v. Wyoming, head injury and violence) 936 P2d 66 1(9) The Forensic Psychiatry Echo. August 1997.

"The Supreme Court Makes a Doctor's Appointment" (physician-assisted suicide) Welner, M. 1(8) The Forensic Psychiatry Echo. 14 July 1997.

Case Commentary: Welner, M. Osborn v. PSRB (pedophilia and legal insanity), 934 P.2d 391; Rios v. PSRB (antisocial personality and legal insanity) 934 P. 2d 399; Gaul v. AT&T (depression and ADA) 955 F Supp 346; State v. Miller (predicting dangerousness) 933 P2d 606; In re: Johnson, (outpatient commitment) 691 A. 2d 628; 1(8) The Forensic Psychiatry Echo. July 1997.

"How Psychiatry Impacts Employment Litigation," Welner, M. The Legal-Intelligencer June 6 1997.

"The Personality Disorder of the Americans With Disabilities Act" (accommodation of conduct) Welner, M. 1(7) The Forensic Psychiatry Echo. 14 June 1997.

Case Commentary: Welner, M. Vallinoto v. DiSandro, (attorney sex with clients) 688 A. 2d 830; U.S. v. Schmidt, (stings on psychiatric patients) 105 F 3d. 82; State v. Williams, (sedatives and criminal intent) 44 Conn. App 231; State v. Robertson, (lay input on behavior) 932 P2d 1219; 1(7) The Forensic Psychiatry Echo. June 1997.

"Love Forbidden" (romance between patients) Welner, M. 1(6) The Forensic Psychiatry Echo. 29 May 1997.

Case Commentary: Welner, M. U.S. v. Artim, (dramatizing history for downward departure) 944 F Supp. 363; Meyers v. Arcudi, (polygraph uses) 947 F Supp. 581; People v. Bryant, (antisocial by proxy) NYLJ 12/31/96; EBI v. Blythe, (professional qualification for forensic examination) 931 P.2d 38; 1(6) The Forensic Psychiatry Echo. May 1997.

"Who Is Mark Whitacre – Part II?" (criminal responsibility and bipolar disorder) 21-28 1(6) The Forensic Psychiatry Echo. May 1997.

"Responding to Harassment: Environmental Protection?" (corporation reaction) Welner, M. 1(5) The Forensic Psychiatry Echo. 29 April 1997.

Case Commentary: Welner, M. People v. King, (retardation and Miranda) NYLJ 1/8/97; People v. Ellis, (battered women syndrome) 650 NYS 2d 503; Holland v. Chubb America, (accommodating panic disorder) 944 F Supp. 103; In re Visciotti, (presenting mitigating history) 926 P.2d 987 1(5) The Forensic Psychiatry Echo. April 1997.

"Who Is Mark Whitacre - Part I?" (white collar criminal responsibility) 33-40 1(5) The Forensic Psychiatry Echo. April 1997.

"Fit To Be Hit" (boxer mental fitness) Welner, M. 1(4) The Forensic Psychiatry Echo. 28 March 1997.

*Michael Welner, M.D.*
**The Forensic Panel**

Page 25 of 27

## PUBLICATIONS CONTINUED...

Case Commentary: Welner, M. Banks v. Horn, (paranoia and competency)939 F.Supp 1165; Clausen v. DOH, (boundaries of treatment) 648 NYS 2d 842; Trammell v. Coombe, (treating incorrigible prisoners) 649 NYS 2d 964; State v. Wallace, (treating stalking) 684 A 2d. 1355; State v. DeWalt, (psychiatric denial and criminal recidivism) 684 A 2d 1291; Commonwealth v. Mayer, (agitation and competency) 685 A2d 571; Shirsat v. Mutual Pharm., (observers at interviews) 169 FRD 68; Appeal of Sutton, (phobia vs. PTSD) 684 A2d 1346 1(4) The Forensic Psychiatry Echo. March 1997.

"Emerging Subtleties in Criminal Competency" Welner, M. 4(4) The Attorney of Nassau County 11, 19 February 1997.

"Neonaticide and America's Abortion Problem" Welner, M. 1(3) The Forensic Psychiatry Echo. 23 Jan 1997.

Case Commentary: Welner, M. Commonwealth v. Crawford, (repression vs. suppression of memory) 682 A2d 323; Eckert v. Rumsey Park, (testimony for own patient) 682 A 2d 720; Commonwealth v. Larsen, (personal psych record subterfuge) 682 A 2d 783; Merle v. US, ("permanent incompetence") 683 A 2d. 755; US v. Burrous, (eyewitness reliability) 934 F Supp 525; Tuman v. Genesis, (family fallout from therapy) 935 F Supp 1375; Layser v. Morrison, (duty to protect) 935 F Supp 562; Brown v. US, (assessing dangerousness for recommitment) 682 A2d 1131;PAHRC v. WCAB,(adjustment disorder from overwork) 683 A 2d. 262; Hershey v. Com. (revictimization in treatment) 682 A 2d. 1257; Allen v. Farrow, (sibling victims of incest) NYLJ 12/13/96; People v. Wernick (neonaticide) NYLJ 1/22/96; PB v. CC. (media in the court) 647 NYS 2d 732; People v. Lewis, (amnesia for crime) NYLJ 11/20/96; (3) The Forensic Psychiatry Echo. January 1997.

"Neonaticide, Post-Partum Psychosis, and Wernick Revisited" Welner, M. 4(3) The Attorney of Nassau County 11,17 January 1997.

"Equal Rights, Equal Responsibility" (mental health parity) Welner, M. 1(2) The Forensic Psychiatry Echo. 8 December 1996.

"Emerging Parameters for Recovery In AIDS Phobia" Welner, M. 4(2) The Attorney of Nassau County December 1996.

"Risperidone for the Treatment of Acute Agitation in a Patient on MAO Inhibitor," Welner, M. Journal of Clinical Psychopharmacology 16(6) December 1996.

Case Commentary: Welner, M. Zimmer v. Davis, (family responsibility for treatment) NYLJ 10/17/96; State v. Barletta, (cocaine and eyewitness credibility) 680 A 2d 1284; Commonwealth v. Morley, (psychiatric mitigating testimony) 681 A 2d 1254; JD v. ND, (verbal abuse as battery) NYLJ10/17/96; People v. DelRio, (threshold for competency) 646 NYS 2d 117; Commonwealth v. duPont, (treaters and competency assessment) 681 A 2d 1328; People v. Washington, (corroborating history) 645 NYS 2d 622; People v. Bradley, (extreme emotional disturbance) 646 NYS 2d 657; People Ex Rel Noel B. v. Jones, (imposing treatment on sick but not dangerous) 646 NYS 2d 820; Matter of D.C., (predicting future dangerousness) 679 A 2d. 634; Blanyar v. Pagnotti, (close relationships for civil recovery) 679 A 2d. 790; Commitment of NN., (commitment of minors) 679 A 2d. 1174; Matter of Bacon, (pain meds and testamentary capacity) 645 NYS 2d 1016; McCoy v. PPLC (predicting sobriety) 933 F.Supp 438; Kukla v. Syfus (psychotherapy for PTSD) 928 F.Supp 1328; Murphy v. Abbott Labs (reasonable fear of HIV) 930 F.Supp 1083; People v. Ross 646 NYS 2d 249; Brown v. NYCHHC, (sex offender classification) NYLJ 10/21/96 1(2) The Forensic Psychiatry Echo. December 1996.

*Michael Welner, M.D.*
The Forensic Panel

PUBLICATIONS CONTINUED...

"Castration for Sex Offenders: Options," Welner, M. 4 (1) The Attorney of Nassau County November 1996.

"Moral vs. Legal "Wrong" in the Insanity Defense," Welner, M. 68 (7) New York State Bar Journal 28-30 November 1996.

"Castration: Back to the Future," Welner, M. 1(1) The Forensic Psychiatry Echo. 4 November 1996.

Case Commentary: Welner, M. Kylow v. State, (patient assaults of peers) NYLJ 9/6/96; US v. Garcia, (intoxication and criminal responsibility) NYLJ 8/29/96; Vallejo v. Rahway, (jail suicide) 678 A 2d 1135; ER v. GSR, (domestic violence treatment) NYLJ 9/18/96; People v. Angelo, (depraved indifference) 644 NYS 2d 460; Williamson v. Waldman, (AIDS phobia) 677 A 2d 1179; People v. Marvin P., (insight and recommitment) NYLJ 8/19/96;  1(1) The Forensic Psychiatry Echo. November 1996.

"The Dangerousness Assessment: Legal Ramifications," Welner, M. 3(12) The Attorney of Nassau County, 10 October 1996.

"Assessing Employee Risk of Dangerousness," Welner, M. 3(11) The Attorney of Nassau County, 10 September 1996.

"Depraved Indifference: Should Psychiatric Information be Incriminating?" Welner, M. 216 (19) New York Law Journal p 1,4,29  7/26/96.

"The Psychiatrist's Role in Workplace Violence," Welner, M. 3(10) The Attorney of Nassau County  August 1996.

"Sexual Harassment: How Psychiatry Assists in the Litigation Process," Welner, M. 3(10) The Attorney of Nassau County June 1996.

"Psychiatric Examination and Sexual Harassment," Welner, M. Welner, M.  (3)9 The Attorney of  Nassau County  May 1996.

"Sexual Harassment: When is Psychiatric Input Relevant?" Welner, M.  (3)8 The Attorney of Nassau County, 4,17 April 1996.

"Psychiatry and Depraved Indifference," Welner, M. Welner, M.  (3)7 The Attorney of  Nassau County, 4 March 1996.

"Appreciation of 'Wrong' and the Insanity Defense,"  Welner, M. (3)6 The Attorney of  Nassau County, 4,19 February 1996.

"Moral vs. Legal 'Wrong' in the Insanity Defense," Welner, M. (3)5  The Attorney of  Nassau County, 12 January 1996.

"Notification Statutes for Predatory Sex Offenders: Psychiatric Treatment Alternative?" Welner, M. (3)4 The Attorney of Nassau County, 4,15 December 1995.

"What Can We Learn From Larry Hogue," Welner, M. Psychiatric Times, 10 (3), 12: March 1993.

*Michael Welner, M.D.*
The Forensic Panel

Page 27 of 27

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Sciences
Association of the Bar of the City of New York
    *Criminal Law Committee*                                 1995-1997
         ♦  Researching and proposing revisions to Megan's Law for New York State
         ♦  Domestic Violence Task Force

## PROFESSIONAL LICENSURE

New York

## POSTDOCTORAL TRAINING

Beth Israel Medical Center, New York, New York                 1988-1989
    *Rotating Internship* (Internal Medicine and Emergency Medicine)
Beth Israel Medical Center, New York, New York                 1989-1992
    *Residency* (Psychiatry)
University of Pennsylvania, Philadelphia, PA                    1991-1992
    *Fellowship* (Forensic Psychiatry)

## EDUCATION

University of Miami School of Medicine, Miami, Florida           1984-1988
University of Miami, Coral Gables, Florida                     1981-1984
    *Magna Cum Laude; Phi Beta Kappa, Phi Kappa Phi, Golden Key honoree*