# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Daniel Taylor

          Plaintiff,

v.                   Case No.: 1:14–cv–00737
                  Honorable John Z. Lee

City of Chicago, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2021:

  MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion for leave to file under seal [592] is granted. In light of the Court's rulings as to the selected motions in limine and Daubert motions, the Court strikes the remaining motions in limine. [576] [578] [579] [580] [581] [585] [589] [594] [608] [624] [625] [626] [627] [628] [630] [631] [632] [633] [634] [635] [636] [637] [638] [641] [642] [643] [645] [646] [647] [653] [654]. The parties may refile any motions in limine that they believe remain necessary by 10/22/21; any responses must be filed by 10/29/21. The final pretrial conference scheduled for 12/2/21 at 10:30 a.m. will stand. As of now, the hearing shall take place in person. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.